FILED

2010 MAR 19  A 10: 27

# UNITED STATES DISTRICT COURT
## District of CONNECTICUT

### CIVIL RIGHTS COMPLAINT

Raymond J. CERILLI #162375 (PRISONER)
MACDougALL, WALKER CI
1153 EAST St. South
SUFFIELD, CT. 06080-0002

Plaintiff(s),

vs.

PETER MURPHY, WARDEN,
BURKE, CAPTAIN, DOC;
BOLAND, COUNSELOR, DOC,
WILSON, COUNSELOR, DOC,
PASKINS, COUNSELOR, DOC,
JANE DOE: RECORDS DOC,
JOHN DOE, MAIL OFFICER, DOC,
RobyN DIGENNARO. Sup. MAIL. DOC,
MARK BuchANAN, DOCTOR, DOC,
RIKIL LIGHTER, CMHC. UCONN HOSPITAL,
C. RODNER, MD, ORTHOPEDIC, UCONN, HOSPITAL,
ZENAIDA. MATLYUK MD. UCONN, HOSPITAL,
SUSAN LAPALME, RN, CCHP. UCONN. DOC,
JOHN DOE, MD. UCONN HOSPITAL,
OmpRAKAsh PILLAI, DOCTOR, DOC,
NAGVI, DOCTOR, DOC

Defendant(s).

Case No. 3:10 CU421 (SRU)
(To be supplied
by the court)

ALL ABOVE ARE BEING SUED IN THIER INDIVIDUAL
CAPACITY:

**Complete every section and SIGN THE LAST PAGE.** The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

## A.   JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities.   Check **one.**

I can bring my complaint in federal court because I am suing:

1.   **X**_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR ➝

     *Its ALL Above payes; And the AdditionAl payes of this ComplAint.*

2.   _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.   PLAINTIFF(S)   (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   First Plaintiff

     a.   Full Name: *RAYmoND J. CERILLI*

     b.   Inmate Number: *162375*

     c.   Correctional facility: *MacDougALL WAlkER CI.*

2.   Second Plaintiff

     a.   Full Name:

     b.   Inmate Number:

     c.   Correctional facility:



C.   **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages. Provide items 1, 2, and 3 for each additional defendant.

1. First Defendant BEING SUED IN HIS - HE IS BEING SUED INDIVIDUAL CAPACITY:
   a.   Full Name: MR. PETER MURPHY, LEAD WARDEN.
   b.   Rank or Title: LEAD-WARDEN.
   c.   Workplace: MACDOUGALL CI. DEPARTMENT OF CORRECTION.

2. Second Defendant BEING SUED IN HIS: HE IS BEING SUED INDIVIDUAL CAPACITY,
   a.   Full Name: MR. BURKE,          CAPTAIN.
   b.   Rank or Title: CAPTAIN
   c.   Workplace: MACDOUGALL. CI. DEPARTMENT OF CORRECTION.

3. Third Defendant BEING SUED IN HER: SHE IS BEING SUED INDIVIDUAL CAPACITY,
   a.   Full Name: Ms. BOLAND
   b.   Rank or Title: COUNSELOR.
   c.   Workplace: MACDOUGALL CI. DEPARTMENT OF CORRECTION.

4. Fourth Defendant BEING SUED IN HIS: HE IS BEING SUED INDIVIDUAL CAPACITY,
   a.   Full Name: MR. WILSON
   b.   Rank or Title: COUNSELOR.
   c.   Workplace: MACDOUGALL WALKER CI DEPARTMENT OF CORRECTION

5. Fifth Defendant BEING SUED IN HER: SHE IS SUED INDIVIDUAL CAPACITY,
   a.   Full Name: Ms. PASKINS,
   b.   Rank or Title: COUNSELOR.
   c.   Workplace: MACDOUGALL WALKER CI DEPARTMENT OF CORRETION

6. Sixth Defendant BEING SUED IN HIS: HE IS BEING SUED INDIVIDUAL CAPACITY,
   a.   Full Name: MR. MARK BUCHANAN,
   b.   Rank or Title: DOCTOR,
   c.   Workplace: MACDOUGALL WALKER./DEPARTMENT OF CORRECTION.

(3)

(SECOND - PAGE)

C.    **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages.
Provide items 1, 2, and 3 for each additional defendant.

BEING SUED IN HIS:

1.  First Defendant  HE IS being Sued Individual Capacity.
    a.  Full Name:  MR. RIKEL LIGHTER.
    b.  Rank or Title:  C.M.H.C.
    c.  Workplace:  UCONN HospiTAL.

BEING SUED IN HIS:

2.  Second Defendant  HE IS being Sued Individual Capacity.
    a.  Full Name:  C. RodNER. MD.
    b.  Rank or Title:  MD. ORThopEdic.
    c.  Workplace:  UCONN HospiTAL.

BEING SUED IN HIS:

3.  Third Defendant  HE IS being Sued Individual Capacity.
    a.  Full Name:  ZINAIDA. MATLYNK. MD.
    b.  Rank or Title:  MD.
    c.  Workplace:  UCONN HospiTAL.

BEING SUED IN HER:

4.  Fourth Defendant  She Is Sued Individual Capacity.
    a.  Full Name:  Ms. SUSAN LAPALME.
    b.  Rank or Title:  RN. C.C. H.P.
    c.  Workplace:  UCONN HospiTAL.

BEING SUED IN HIS:

5.  Fifth Defendant  HE IS Sued Individual Capacity.
    a.  Full Name:  John DoE: MD.
    b.  Rank or Title:  MD.
    c.  Workplace:  UCONN HospiTAL.

BEING SUED IN HER:

6.  Sixth Defendant  She Is Sued Individual Capacity.
    a.  Full Name:  RobYN DiGENNARO.
    b.  Rank or Title:  COUNSELOR, SupERVISOR MAil Room.
    c.  Workplace:  MacDougall WAlKER C.I.

BEING SUED IN HIS:  DEPARTMENT of CORRECTION.

7.) MR. OMPRAKASH - PillAI, Doctor
MacDougall WAlKER CT DOC

BEING Sued In His: HE IS Sued Individual Capacity.

8.) MR. NAYYI, DocTor, MacDougal WAlKER C.T.
HE IS Sued Individual Capacity.

JANE DOE, RECORDS, Defendant 1 In Her Individual Capacity
JANE DOE, UCONN Hospital, Records, In Her Individual Capacity
DEFENDANT(S) NOT KNOWN AT THIS DATE.

**D. PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items 1-8 for each case.**

1.  <u>First Lawsuit</u> THIS CASE IN PENDING.

    a.  Court and Date filed: UNITED STATES District Court

    b.  Caption and Docket No.: CERILLI V. RELL. 3:08-CV-00242(SRU)

    c.  Briefly, what was this lawsuit about? MEDICAL CIVIL ACTION, DENIED TREATMENTS; PAIN AND SUFFERING: DAMAGES; AND NOW THERE ARE ALL NEW DEFENDANT(S), INVOLVED, AND DENIED ACCESS TO COURTS; DENIED MEDICAL TREATMENTS: ROBBED LEGAL MAIL: AND MORE!

    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? THE CASE IS PENDING, THESE ARE NEW DEFENDANT(S): THEY ARE VIOLATING MY RIGHTS; IN ABOVE CASE, 3:08CV00242. IT'S NOT ON APPEAL, PENDING NOW ↑

2.  <u>Second Lawsuit</u>

    a.  Court and Date filed:

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?

    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3.  <u>Third Lawsuit</u>

    a.  Court and Date filed:

    b.  Caption and Docket No.:

    c.  Briefly, what was this lawsuit about?

    d.  Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

(4)-(A)

# I. JURISDICTION AN VENUE.

1.) This is a civil action authorized by 42. U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28. U.S.C. Section 1331 and 1343 (A)(3.)(3.) Plaintiff seeks Declaratory relief pursuant to 28 U.S.C. Section 2201. And 2202. Plaintiff's Claims for Injunctive relief are authorized by 28 U.S.C. Section 2283 AN 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.) The United States District Court, District of Connecticut; Is' AN Appropriate Venue under 28 U.S.C. Section 1391 (B)(2) because It is where the events giving rise to this claim occurred.

# II. PLAINTIFF

3.)     Plaintiff, Raymond J. Cerilli. #162375. Is and was at all times mentioned herein a prisoner of the State of Connecticut. In The Custody of the Connecticut Department of Corrections, He' is Currently Confined In MacDougall Walker C.J. 1153 East Street South. Suffield., Connecticut. 06080-0002.

# III. DEFENDANT (S):

4.) DEFENDANT, MR. PETER MURPHY. LEAD WARDEN, of DEPARTMENT of CORRECTION, MacDougALL WALKER. HE IS LEGALLY RESPONSIBLE for the OVERALL-OPERATION of the DEPARTMENTS IN the INSTITUTION; UNDER jURISdICTION, INCLUDING THE NAMED MEDICAL DEFENDANT(S) AND the DEPARTMENT of CORRECTION OFFICIAL(S); AND OFFICER(S) NAMED ON pAGES (1)(2)(3)(4.). THE SUPERINTEND WARDEN ABOVE; HE IS LEGALLY RESPONSIBLE for the OPERATION of this ABOVE PRISON, AND for the WELFARE of All the INMATES of this PRISON.

5.) DEFENDANT, MR. BURKE, CApTAIN, IS A-CORRECTIONAL OFFICER, of the CONNECTICUT DEPARTMENT of CORRECTIONS WHO, AT ALL TIMES MENTIONED IN this Complaint, held the RANK of CApTAIN, AND WANTED TO VIOLATE my RIGHTS, Hold ALL my LEGAl WORK., that WAS RobbED by COUNSELOR(S) NAMED; OR/ THE MAIL Room; OR/ THIS CApTAIN AND WARDEN; VIOLATING ACCESS TO my CRIMINAL CASE; FILED AT SUPERIOR COURT NEW HAVEN, Ct. AND OTHER; ALL EVIDENCE IS FILED IN 1983 CIVIL RIGHTS ComplAINT; DOCKET NO. 3:08-CV-242.(SRU)(WIG). FILED IN FEBRUARY 25th, 2010. (8) AFFIDAVIT; pENDING!

page (8)

The CAPTAIN BURKE, IS IN Charge of Big PACKAGE'S BEING MAILED out by INMATES. ALL POSTAGE ON MONEY # REQUESTS forms He Has Approve postage, And MR. WILSON. It's VERY CLEAR That my out going — mail go's "Through-out" "Some-kind" of INVESTIGATION. WHERE PACKAGE'S ARE — Infact "OPEN" And DOCUMENTS ARE Robbed out of the PACKAGES; It's VERY CLEAR to SEE IN my Complaint HEREIN; MAIL — Is "Held" SOME TIMES # 9 — DAYS before It's MAILED. This has ALL BEEN A VIOLATION of The FIRST Amendment., IN my CIVIL ACTIONS: CASE No. 3:08-CV-242 (SRU)(WIG). ("INTERFERENCE with PLAINTIFF(S) Legal filing HEREIN facts of HINDER: SEE the The New Complaints: ON New DEFENDANTS, That Stated He DON'T CARE About my — TIMELY fILINGS): COUNSELOR WILSON — Stated I DON'T CARE About YOUR LEGAL MAIL. THIS IS PLAINTIFF(S) — ("RESPONSE")?

page (8-1)

THE PLAINTIFF. RAYMOND J. CERILLI, STATES ITS VERY CLEAR THAT CAPTAIN BURKE, DON'T CARE ABOUT MY TIMELY LEGAL MAIL!

Facts of EVIDENCE:

**A.)** ON ABOUT 11/18/09, MR. SHANE W. MORTIMER, NOTARY PUBLIC, DID THE SUMMONS CIVIL, JD-CV1: AND THE APLICATIONS FOR #TWO COMPLAINTS, THIS WAS ALL MAILED TO THE OFFICER OF THE COURT MR. JOHN O'CONNELL. ON ABOUT JANUARY 14th 2010, COUNSELOR PASKINS, GIVE ME OPEN LEGAL MAIL, FROM JOHN O'CONNELL. COURT OFFICER, THE TWO SUMMONS AND COMPLAINTS; THE RETURN DATE, WAS MARCH 2ND. 2010. ("THEY COULD ALL READ COMPLAINTS")!

**B)** MR. WILSON, COUNSELOR, MS. PASKINS, COUNSELOR, AND CAPTAIN BURKE, HAD INFORMATION ON THESE CASES, IN EXHIBIT-A) I' HAD GIVEN THEM THE MAIL ON THE JANUARY 20th, 2010, ON 01/29/10, THEY DID POSTAGE. HAVING FULL KNOWLEDGE OF MY "CIVIL ACTIONS AND DATES; THE RETURN DATES/ "**HINDERED**" SEE FACTS

**C)** SEE EXHIBIT-E.) PLAINTIFF(S) ACCOUNTS, PAGE- #3. OF 6. THE DEFENDANT(S) WITHHELD MY MAIL- TO ROBB MY ACCOUNTS, OVER #9-DAYS. /LEGAL MAIL! THEY WOULD NOT MAIL MY DOCUMENTATION TO THE MARSHALS OFFICE, BECAUSE WHEN THE MAIL GOT TO MR. JOSEPH MUSUMECI, MARSHAL, HE STATED; HE NEEDED MORE THEN #2-DAYS TO DO THE SERVICE! THIS IS A WITNESS AGAINST THE DEFEDANTS; AND I' HAVE THE COURT OFFICERS AS WITNESSES. SEE THE OTHER CASES: PAGE (8-2) EXHIBIT-C.) LETTERS:

SEE: EXHIBIT-F).

THE PlAINTIFF IS DENIED ACCESS TO COURT(S) YES.-
IN A TIMELY MATTER; THERE IS NO RULES?- HERE
AT DEPARTMENT OF CORRECTIONS, NEVER GIVE BACK
REQUESTS, SO' CANNOT MAKE COMPLAINTS.?

STATEMENT OF CASE: Violating my Access to
Court(s); And MARSHALS; CLERK(S) FEDERAL: AN
STATE CLERK(S) OFFICERS, ALL THI IS DOCUMENTED IN
THE MEDICAL CASE DOCKET No. 3:08-CV-242(SRU)(WIG).
AND DENIED MEDICAL CARE AND TREATMENTS(" that-
BEEN APPROVED"), HEREIN THIS ABOVE CASE, AND MY
COMPLAINT ON ALL NEW DEFENDANT(S); HEREIN:
6.) Defendant Ms. BolAND Counselor, WAS GIVEN LEGAL
MAIL TO FEDERAL COURT IN HER UNIT, WHEN SHE WAS
THE COUNSELOR "AFFIDAVIT(S)" WERE ROBBED OUT OF
THE PACKAGES: by PLAINTIFF(S), INVESTIGATION, AND
LEGAL CALL(S) TO FEDERAL CLERK(S). AND ALL LEGAL
MAIL MOTION FOR TRANSCRIPT(S), EVIDENCE HEARING
BEFORE CHIEF JUDGE NEW HAVEN, OVER, 10,050 COPIE
EACH COPY TO DEFENDANT(S): WERE ROBBED. IN THE
EXHIBIT-A.) AND EXHIBIT-B.). TRIAL ATTORNEY(S)
APPOINTED #1.) STATES ATTORNEY LINDA N, HOWE, AND
THE HABEAS ATTORNEY JENNIFER C, VICKERY, AN-
THE PUBLIC DEFENDER, DEBORAH DEL PRETE SULLIVAN.
/ALL DOCUMENTATION, AND PACKAGES. WERE INFACT
STRIPED. OF DOCUMENTS, OR/ COMPLETELY ROBBED!
THIS WAS ALL NEWLY DISCOVERED EVIDENCE FROM
2008, F.O.I, INFORMATION INVESTIGATION, ( ALL SETUP
EVIDENCE") WITHHELD EVIDENCE FROM 1987 ARREST.
AND 1991, TRIAL SENTENCING By MR. Gold, AND
MR. ULLMANN, ALL THIS EVIDENCE, WAS ROBBED...
PAGE (9)". WITHHELD EVIDENCE,

7.). DEFENDANT Mr. WILSON, COUNSELOR Just gave me PLAINTIFF this MISSING POSTAGE - REQUEST, EXHIBIT-A.) THE PLAINTFF STATES ALL THIS NEWLY DISCOVERED EVIDENCE by THE F.O.I. INVESTIGATION POLICE, found (THE SET UP EVIDENCE that got CERILLI ARRESTED AND CONVECTED') And this IS THE MAIL THAT WAS "WITHHELD" To the HARTford MARSHALS- AND THE COURT OFFICER Mr. John O'CONNELL, IS A WITNESS, to these facts. And the PLAINTIFF(S), facts of EVIDENCE, IS the Postage $12.72. for TWO 9X15 Big PACKAGES THIS IS EXHIBIT-A.) EXHIBIT B.) WILSON, WAS GIVEN THE Big PACKAGES to SEND out to THE State MARShals, "That" WERE "HELD" To LONG? THE DATES ARE ON THE postage. THE facts they ARE ALL WORKING TogeTHER to "HINDER" CERILLI, THE FiLings of DOCUMENTATION(S) to the OFFICER'S of THE STATE; ACCESS to COURTS; ATTORNEY(S); AND Judge's; IN my CIVIL ACTIONS; for HIS- FREEdom; IN CRIMINAL CASE, CV-97-0407991-S AND MEDICAL FEDERAL 1983. CV308-242(SRU)(WIG) AND PENDING Now AGAIN WITH CLERK John. O'CONNELL, OFFICER, OF HARTford SUPERIOR COURT, CIVIL SETION; THESE ARE Now STATE WITNESSES, OFFICER'S OF the COURT, AND STATE MARSHALS OFFICE, page (9)-(1)

The DEFENDANT(S) UNDERSTAND THAT MY
DISCOVERY IN CASE No. 3-08-CV-242 (SRU)(WIG)
IS VERY Important. But They ARE ALL working
with the Attoney General. Blocking my Discovery
IN ABOVE Case. HE And She Under Color of
STATE LAW REQUIREMENT, A DEFEND NEED NOT
BE AN Officer of the State; It Is Sufficient
That "HE" or "She" IS A Willful pARTIcipANT;
IN joint Activity with the State or Its
"Agents." Actions by pRIVATE pERSONS
Who ARE Authorized to EXERCISE State
Authority ARE A - thIrd EXAMPLE of Conduct
that SATISFIES § 1983, UNDER Color of
STATE LAW. REQUIREMENT. "State Defend ANT(S).
The Plaintiff. Has to bring forward this
Information Now. Because of Limitations: And
MORE INfection from Treatment at UConn.
The PlaintIff. fully Understands when the
MD. C. Rodner. of Orthopedics Stated I' will
SEE YOU IN "JANUARY" The Plaintiff IS NOW -
forced to bring Civil Actions AgAINST All
These people, And Acknowledging That the
CORRECTIONAl OffICIAls ARE behind the
ACtion Claimed HEREIN. And PlaintIff has
SUED them IndIVIdUAl CapACITIES: (9)-(2)
page

the plaintiff, is being Hendered By These Counselors.
Being Denied to goto The Library to Copy Legal -
Motion's And paper's, I' have Lost Hearings: At
New Haven; I' have Lost Discovery. Because
They Robbed out of my "packages;" my Rule-
#33-#/34.-Interrogatories to Parties In General,
In This Case No. 3:08-CV-242, the Attorney General
Appointed to this Case IS Working to Hender me
Now; I' have Real Damages to my Hands, Right wrist,
And In The Ruling on Pending motions, By U.S. District
magistrate Judge; GARTENKEL, Filed 01/19/2010,
Plaintiff(s): Discovery Expired February 2009,
The Attorney General, Mr. Neil Parlle, And the
D.O.C. Defendant(s) Herein, Did ALL "Testing" After
my Discovery was up.;" So They Blocked me
From giving The New Tests of the Carpal -
Tunnel Syndrome", To The Court to prove
Injuries by ALL the Defendant(s). The Medical Case
Above, CERILLI V. Rell, 3:08-CV-242.. (SRU)(WIG). The
8.) Defendant(s) Ms. Paskins. Counselor, plaintiff, is
Being Denied Library Dates; When He Infact
Informs Them of my Requests to go.; Library.-
This is DENIED Access to Courts, And my
Right to Access The Courts, for my Needs.
In my Civil Action's Against the State.
The Retaliation Never Stop's Against
Raymond J. Cerilli, "Never"! She Even
Has Denied me Incoming Legal Calls? From
Parties Unknown. (10) Unknown Parties?

This Is What (14) Ten Minutes of "Who Called"???

ON About January 21st, 2010, The Plaintiff was Called To Counselor: Ms. Paskins Office, for In Coming Legal mail from United States District Court, This Document Is Attached: Case No. 3:08-CV-242 (SRU)(WIG), And After Seeing The package Looked Open.? And I' Look to See only # ONE — Ruling ON Pending Motion's Document, INSIDE #9X12 package; Dated 01/19/2010, IN my Cell.; I "Could read was the Information I'plaintiff REQUESTED — from the Court; Because of Missing — Legal Documents.? And This package Did Not Have The "Graned" Information IN page -; # 4.) I' know that my Documents Are — BEING ("STRIPED"): And ("KIDNAPED"). ("First there Kidnapping the Plaintiff! By Denied Access to the Courts; then — The Defendant(s)' Counselor(s); mail — officer(s) — Have Robbed "Complete" — (10-A)

PACKAGE(S), And STRIPED DocumentS: from PACKAGE(s) going to Courts; And Now Incoming package(s,), And — AGAIN on page Two; of Motion And Ruling on PENDING Motions, Dated 01/19/2010, The Court States The Plaintiff failed To Attach — The ("INTERROGATORIES;") And FOI, Requests. "But" the PLAINTIFF Did," And I' Did this AGAIN; It's "OVER" the Defendants And Mr. NEIL PARILLI A.A.G. Office Are WORKING together., this will All Be Dissmissed; Because They have Run out my Time; And HAVE Denied Access to the Courts; my Time has Run out; By ("RETALIATION"): They — WORK for Mr. NEIL PARILLI. A.A.G. Office; And Robbed Documents; — Robbed And ("STRIPED") Documents: In Coming' out going! LEGAL MAIL... ! THE PLAINTIFF, FIRST Amendment To Access has BEEN Denied And Violated. ("PLAINTIFF, has BEEN — — ("KIDNAPED.").

(10~8)

It's ALL HERE to UNDERSTAND, AND SEE IN **EXHIBIT-(S) A.)** They hold my MAIl SOME TIMES, **#9 - DAYS;** to SEE ON my Accounts, # to CHARGE ME BEFORE SENDING OUT MAIl, **It's** ALL HERE to SEE: WHAT they do to HINDER my - Constitutional Rights; DENIED ME The PlaINTIFF the Right to HAVE MARSHAL (S); to' do **SERVICE** ON TIME! THIS INFORMATION WAS HAND WRITTEN to The PlaINTIFF, BY MARSHAL(S) OFFICE; The **COUNSELOR(S)** HAVE TAKEN my only $20.00 DOLLARS A MONTH my MOTHER SENDS to ME, SEE **EXHIBIT- E.)** AND- THIS IS NOW ALL DOCUMENTED. "HoldDING" my MAIl to Robb my AccoUNTS; AND VIOlATED the FIRST AMENDMENT. CoUNSElOR(S) **WILSON;** AND **PASKINS,** REAlly THINK THIS IS FUNNY, I' PlaINTIFF. HAVE THIS ALL BEFORE the JUDGE AND ClERK AGAIN, The CoURT OFFICER JOHN- O'CoNNEll, SAID HE WIll TALK to The JUDGE, AND SEE WHAT HE CAN do. "HE UNDERSTANDS! **(10-C.)**

The PLAINTIFF STATES LEGAL MAIL IS PROTECTED by
The FIRST AND SIXTH AMENDMENT(S). Wolff V.
McDonnell, 418, U.S. 539, (1974.)
The PLAINTIFF, States The WARDEN. PETER Murphy.
NEVER Told me PLAINTIFF, The PRISON officials "HAD"
A: ["SPECIAL SECURITY INTEREST that meet
CERTAIN FOURTH Amendment REQUIREMENTS.
TO OPEN OUT GOING Legal MAIL to ATTORNEY(S)
Courts, AS CLAIMED; "WITHHOLD" DocumenTATION
from State Officials;? UNDER: WASHINGTON-
V. JAMES, 782, F.2d, 1134, (2d CIR 1986). AND
TAYLOR V. STERRETT, 532, F.2d. 462, (5th CIR.
1976.), The PLAINTIFF, States that COUNSELOR
PASKINS; DID The Legal MAIL; from The United
States DISTRICT JUDGE. WILLIAM I. GARFINKEL,
Dated 01/19/2010, page 4.) The GRANTED INformation
WAS TAKEN OUT OF PACKAGE. # 9 X 12. AND this
PACKAGE WAS OPEN. The Docket SHEET WAS
MISSING. This Docket SHEET WILL TELL PLAINTIFF,
ALL The Robbed DocumenTATION PLAINTIFF
HAS filed! AND that Is WHY the PRISON
OFFICIALS ("STRIPED"); this Docket SHEET.
OTHER INMATES, FRANK LARRABEE. AND HIS PAID
Attorney, MADE Complaint to: - The Department
OF JUSTICE; IN HARTFORD. MORE WITNESSES:
The PLAINTIFF, STATE'S DISCRIMINATION:
BEING INFLECTED AGAINST PLAINTIFF Rights,
(10-D).

The Plaintiff(s) Rights to Access are protected The Fourth Amendment forbids The government from Conducting Unreasonable Searches. And Seizures.( Fourth)(Fourth): Amendment. And This Is Violated. By Named Defendant(s): In This Complaint. And John Does, Mail Officers:

The Plaintiff, States the Eight Amendment's prohibition of Cruel And Unusual — punishment Also protects your Rights to ["SAFE"] And Decent Conditions, In prison. Rhodes V. Chapman, 452 U.S. 337. 346. (1981).

The plaintiff, request A. Preliminary — Injunction (Permanent Injunctions;) Because of What Captain Van; Did To plaintiff Did To Plaintiff, Last Year. In Docket No. 3:08-CV-242. (SRU)(WIG), Put Me Seg. for-Nothing: The Plaintiff, Requests A-Preliminary Injunction to protect the Plaintiff, from Retaliation from Defedants, While the Court Is Considering This Case. Because: (1) The Plaintiff, Will Show At Trial that the Defendant(s) Violated His Rights: (2) The Plaintiff Is Suffering Irreparable harm to His Hands, If The Court Not Help to Receive Preliminary

( 10-E )

Injunction; on the Medical Matters,

(3). The Threat of harm that plaintiff face if plaintiff gets a preliminary injunction: And

(4) A preliminary injunction: Will serve the public interest, To stop The violation of plaintiff(s) rights, And all State inmates mail Privilege under The State and feder'l Constitution, And First Amentment,

The Defendant(s) in this Case, Complaint Violated plaintiff(s) rights: The rights That was violated was "Clearly — "Established; And all Defendant(s) was personally responsible for the violation of plaintiff(s) rights herein. Personal Involvement: (1),the Supervisor Directly participated; (2), The Supervisor learned of the violation of your rights and failed to do anything to fix the [Situation(s):] (3), The Supervisor Created A policy Rules; Custom Allowing officer's To do Illegal Acts; (4), The Supervisor was grossly negligent In managing The People He or She was supposed to supervise. ? (10-F) "Yes failed"; Above.

10.) the MEDICAL DEFENDANTS; MARK Buchanan;
Rikil Lighter; C. RODNER; ZINAIDA,+;
MATLyuT; SuwAIDA; LAJoALME;
The PLAINTIFF, UNDERSTANDS THAT THE ABOVE
DEFENDANT(S) MADE "ARRANGEMENT(S)"; FOR
CERILLI, to go BACK to UCONN Hospital
FOR THE "Complications" ON Right WRIST;
AND THE CARPAL TUNNEL SYNDROME. VERY
BAD CONDITION; AND THE "Complications"
OF "SWOLLEN" Right WRIST FROM THE
SURGERY... C. RODNER, MD. ORTHOPEDIC'S
SAID I WILL HAVE you BACK IN JANUARY
2010, THE DEFENDANT(S). AT D.O.C. NAMED
HAVE DENIED THE TREATMENTS! ? AND WILL
NOT. RESPOND to THE PLAINTIFF(S) REQUESTS.?
11.) THE PLAINTIFF, NOW HAS to (SUE) ALL
THE DEFENDANT(S), FOR VIOLATING MY RIGHTS,
I'M DOING DISCOVERY. ON MORE DEFEDANTS.
DOCTOR; OMPRAKASH. PILLAI, AND DOCTOR,
NAQVI; ARE NOW NAMED; FOR STOPPING-
ALL TREATMENT to HANDS; AND STOPPING
ALL PAIN MEDICATIONS; AS OF THIS
DATE; THE PLAINTIFF; STATES PAIN AND
SUFFERING RIGHT NOW! THE ABOVE
DOCTOR'S "STOP" ALL PAIN MEDICATIONS-?
("NO NEW TREATMENTS.)(11) ALL DENIED... ???

The plaintiff, has made New Complaints.
To The Federal Judge, In Docket No.
3:08-CV-242. Medical Case; Filed All
New Supplemental Complaint with all
Evidence And Affidavits; But The
Plaintiff "FEARS" that will all be
DISMISSED; Because Plaintiff was
Denied "Discovery" to bring forward
Newly Discovered Medical Evidence,
And Now Being Denied All New
Treatment's that were "APPROVED";
By D.O.C. URC. Bord. Mark, Buchanan,
Doctor. The Plaintiff, was Called to The
Medical Unit In January. And was told
His #2- Surgeries to Right Hand was—
"APPROVED." And They made me give
my Signature; Stating Them Facts; YES!
my New Claims of Deliberate -
Indifference. And Now The plaintiff;
New Claims Against UCONN MD's
C; Rodner. Orthopedic. Malpractice-
Medical. "Suffering" from Surgery-
He Did. And the (12) treatment—

THAT WAS DONE, to THE BROKEN Right
WRIST, OVER #24-YEARS, this MARCH 15th,
2010. THE PLAINTIFF(S) BRTH DAY, 03/15/1957.
the plaintiff, Is Suffering IN
GREAT PAIN, the NEW MD's AT the
MacDougall WALKER, C.I. "Don't CARE"
PLAINTIFF(S) right "WRIST," "WRIST HURTS"-
REALLY BAD! PLAINTIFF STATES - How
much INFLECTED PAIN I' HAVE to TAKE?
How MANY "GRIEVANCES" Do I' HAVE to
FILE AT the DEPARTMENT of CORRECTIONS
HOWEVER; this CASE HAS BEEN "LIMITED"
IN #4-STATE HABES; #1-OTHER FEDERAL CASE.
"FAILED" to SHOW MEDICAL EVIDENCE; AND
PENDING NOW CASE No. 3-08-CV-242. AND
THE SAME THING IS GOING ON BY the
D.O.C. AND ASSISTANT ATTORNEY GENERAL
OFFICE; THEY CLAIM PLAINTIFF FAILED?
PLAINTIFF STATES; ABNEY V. McGINNIS,
380 F.3d. 663. 669. (2d. Cir. 2004.), AND
How MANY GRIEVANCES INMATE -
page (12-1.)

Must file? IN Abney V. McGinnis;
380, F. 3d. 663. 669. (2d Cir. 2004). the
inmate: ("Need Not continue filing
"Grievances," "In a Never-ending-
cycle of ("Exhaustion"). "But the
plaintiff has filed them again"
And "No" Response Accordingly: In
A-way that is fitting And proper-
("Correspondingly.") plaintiff states
All New Damages Against All-
The Defendants; Named Herein:
I' have mailed letter's to UConn
MD's, C. Roder, And In Charge of
D.O.C. Lapalme; No Response None!
Filed New Discovery, to All New
Defendant(s); But Why do I' have to
Suffer from What they have All
Did to me; I Cannot Sleep from
The pain In Right Wrist, I Claim
this is Some kind of Infection that
Is very painfull. ("understand"), they
Did See ← (12-2.) → The Plaintiff 2009.
November 2009.

With A Very big **Hard Lump.** Cannot move **Wrist** good Any More," Very painful." Condition, ("Never had this; Before !")

11.) The plaintiff, has #3-New Grievance's pending At medical Unit, I have Attached The Discovery Requests, And One Grievance I Did get Copied; They Are Not going To Respond, Grievance's Don't Work Here Any More; Because They Do -Not give Back my Hand written Requests: I have That Information In the New-- Affidavits: filed Into Docket No. 3:08- CV-242; Cerilli Vs. Rell. This plaintiff has Witnesses He Can Call In; Chief- Clerk's Superior Court New Haven; Chief Clerk. Officer of The Court Mr. John O'C'Oconnell; Superior Court Hartford; And Hartford Marshal; Joseph Musumeci; The Public Defenders office. The SEE EX-C. Federal Clerk, Ms. Roberta D. Tabora. And Nancy E. Bauer, Esq. Assistant Clerk Habeas Corpus Officer, New Haven. Ct. Because of All This Robbing Legal Mail Nothing Is Being Done to Stop This! 13.)(Nothing Done:)

12.) Ms, ROBYN DIGENNARO, COUNSELOR
SUPERVISOR, MAIl ROOM, IS IN -
CHARGE OF THE MAIl ROOM, THE
PlAINTIFF, WIll FILE AGAINST EVERY
ONE INVOlVED; THE plAINTIFF, IS
DOING "DIS-COVERY" FOR ALL MAIl -
OFFICER'S; COUNSELOR'S HAVE bEEN
NAMED, THE PlAINTIFF, IS DOING
ALL NEW MEDICAl "DIS-COVERY"
AGAIN; BECAUSE ALL MD's AND
D.O.C, OFFICIAls, WORK TOGETHER
WITH THE ATTORNEY GENERAl OFFICE;
THEY ARE "AGENTS" OF THE ATTORNEY
GENERAl'S OFFICE! WORKING AGAINST
CERILLI; ALL OF THEM AS STATED-
IN THIS ComplAINT, DENIED ALL THE
NEWLY DISCOVERED MEDICAL EVIDENCE NOW
AGAINST ALL THESE NEW DEFENDANTS! AND
THE FEDERAl COURT IS NOT HELpING CERILLI
IN DAMAGE'S; AFTER WHAT CORRECTIONS DID
To CERILLI, COST 55% OF RIGHT HAND!
BECAUSE OF CORRECTIONS; SUFFERING FROM
1987, BROKEN RIGHT WRIST,#24-YEARS ON
MARCH 15th 2010, (14) (SUFFERING)."

13.) EACH DEFENDANT IS SUED INDIVIDUALLY
AND IN **HIS** AND **HER** INDIVIDUAL CAPACITY
AND HIS AND HER OFFICIAL CAPACITY,
AT ALL TIMES MENTIONED IN THIS COMPLAINT
EACH DEFENDANT ACTED UNDER THE COLOR
OF STATE LAW, STATE OF CONNECTICUT, AND
WERE DELIBERATE INDIFFERENT HEREIN:

14.) THE PLAINTIFF, STATES ALL THIS FACTS
AND EVIDENCE **FILED** IN ANOTHER CASE
DOCKET, No. 3:08-CV-242, CERILLI  Vs, PELL, et.al.,
PENDING NOW. THE INFORMATION GIVEN
HEREIN, IS TRUE UPON INFORMATION
AND BELIEF to THE best of my
KNOWLEDGE. FACTS OF MISUSE OF POWER AND:
THE PARTICIPANT(S) HAD JOINT ACTIVITY, HEREIN:

15.)          I I I  FACTS

THE PLAINTIFF, STATES, HE HAS FILED -
REPEATED GRIEVANCES ASKING WHAT HAPPEN ?
"ASKING ("to do so") AND PRISON REGULATIONS
"do NOT PROVIDE A VIABLE MECHANISM"
FOR APPEALING IMPLEMENTATION FAILURES."
PLAINTIFF NEED NOT CONTINUE FILING
GRIEVANCES" IN A NEVER-ENDING CYCLE
OF EXHAUSTION; ABNEY. V. MCGININIS,
380 F.3d, 663, (15) 669, (2d CIR, 2004).
NO ONE IS WORKING AT MACDOUGALL C.I.

THE PLAINTIFF(S) NEW CLAIMS AGAINST ALL
MEDICAL DEFENDANT(S): DELIBERATE —
INDIFFERENT TO MEDICAL NEEDS, AND
MALPRACTICE MEDICAL; "THEY" ALL "KNOWINGLY"
"ACKNOWLEDGE" THE MEDICAL "CONDITIONS"
BY UCONN OWN TESTS; AND MEDICAL —
"EXAMINATION" ON ABOUT NOVEMBER 2009 !—
OR/ DECEMBER. 2009. ON MEDICAL VISIT TO
UCONN. MD'S DID TESTS RIGTH WRIST. YES
INTURNS; "ORDERED" BY C. RODNER MD.
TO RETURN FOR ALL TREATMENT(S): AND
PLAINTIFF IS SUFFERING. JANUARY 2010. DENIED.
THE D.O.C. OFFICIAL(S) AS CLAIMED HEREIN
NEWLY DISCOVERED DAMAGES BY NEW D.O.C.
DEFENDANT(S) NAMED HEREIN.; THE PLAINTIFF
STATE'S THAT THE TIME MAY HAVE RUN OUT
IN CASE NUMBER 3:08-CV-242, FOR THE —
AMENDMENT FILED AND PENDING. BUT —
NOW THESE ARE NEW CLAIMS; AGAINST
THESE PEOPLE; ALL THE DEFENDANTS HAVE-
FAILED TO RETURN PLAINTIFF IN JANUARY FOR
ALL ORDERED TREATMENTS, PLAINTIFF IS -
IN PAIN — PAGES (15-1.) AND SUFFERING!

16.) ## IV. EXHAUSTION of LEGAL REMEDIES

PLAINTIFF, Raymond J. CERILLI "USED"
PRISON REQUESTS, PRISON GRIEVANCES;
PROCEDURE; AVAILABLE; NO-RESPONSE!
I 'TRY to "SOLVE" the PROBLEM!
PLAINTIFF Right Hand Is to PAINFUL,
And He PRESENTED THE FACTS RELATING
To this NEW Complaint; And
THIS IS NOTHING but RETATATION AGAINST
The PLAINTIFF, RAymond J. CERILLI.

17.) ## V. Legal Claims:

PLAINTIFF, REALLEGE AND INCORPORATE
by REFERENCE PARAGRAPHS 1-16, And—
To THE END of this Complaint:
18.) The State of Connecticut Department of
CORRECTION. IN VIOLATION 8th - Amendment AND
THE 14th, Amendments for EXAMPLE;
BEING "BEATING DELIBERATE INDIFFERENCE"
To MEDICAL NEEDS; UNSAFE Conditions,
DISCRIMINATION AGAINST PLAINTIFF
Rights; To MAIL PRIVILEGES; VOILATION
Constitutional Rights CRUEL AND
UNUSUAL punishments, Eighth AND
FIRST AMENDMENT (16) Rights WITH-

to DEFEAT!!

Fourteenth Amendment. to U.S. Constitution.

19.) The Plaintiff has no plain, "adequate" or complete remedy at law to redress the WRONGS described herein, Plaintiff has been and will continue to be irreparably injured by the conduct of the Named Defendant(s), unless this court grants the declaratory and injunctive relief ~~which~~ which Plaintiff seek's;

## VI. PRAYER FOR RELIEF:

WHEREFORE; Plaintiff respectfully prays. That this Court ENTER judgment granting Plaintiff's:

20) A Declaration that the Acts and omissions, described Herein Violated Plaintiff(s) Right Under the Constitution and Laws of the United States. The First Amendment Is Violated: The Violation of State Federal Constitutional Rights of Cruel And Unusual Punishments; Eighth And Fourteenth Amendments to U.S. Constitution.

(17)

AGAINST THE STATE DEFENDANT(S): HEREIN:

21.) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS: Murphy; Burke; Wilson; Paskins; Boland; Digennaaro; Stop Interference with Legal Mail, Stop-Now., And DEFENDANT(S): Murphy; Buchanan; Lighter; Rodner; Matlyuk; Lapalme; John DOE; Ompratash; Nagvi; Stop Interference with Medical Treatment(S) Health Care, And DO THE **APPROVED SURGERIES,** Stop the Bad Conduct; Thats **WANTONLY RECKLESSLY;** And **MALICIOUSLY. INDEED DELIBERATE INDIFFERNCE HEREIN,** Medical Care Treatments;

22) The Plaintiff requests. A. DECLARATORY Judgment - A - Statement from A Court-That his rights were Violated. He Can Recover Nominal Damages (A small - Amount of Money based on the facts - of A Constitutional Violation.) And Punitive Punitive Damages (A Sum of Money That IS Intended to punish the **WRONG-doeR**). Request **Violation** of First Amendment, Eighth And Fourteenth Amendments, Rights: DEFENDANT(S) Counselor Robbed out of Court Legal MAIL, Dated 01/19/2010, by William I. Garfinkel. Missing (18) **Docket Sheet. GRANTED.**

It's on page 4.) of Ruling on Pending Motions; Case No. 3:08-CV-242(SRU)(WIG); The Plaintiff is Denied the facts of all Documentation plaintiff - has filed into this Case, Because this Is just Another fact; ALL Defendant(s) work against Raymond J. Cerilli, To "Hender" plaintiff(s) Access to Courts, Robbed Documentation out of Legal - mail; "(The Court Must Stop This Now"); I' Raymond J. Cerilli, am a - Citizen of the United States./ Stop these Acts of Discrimination; a - showing of partiality or prejudice in Treatment. EXHIBIT O.) And the Defendant(s); will not respond to the written Requests?" So How Can there be Exhaustion" of Administrative Grievance ("Procedures") ? Please Help me (understand):

23) Compensatory damages IN the Amount of $50,000. against Each - Defendant, Jointly And Severally. And Injunctive Relief for Prison

(19)

Conclesions. At this Date And Time Above.

24.) Punitive damages In the Amount of $ 50,000, Against each Defendant, And $ 100,000 Against The Prison It self.

25.) The Plaintiff, Requests the Civil Case Be A-"Consolidation" of Actions with Doct. No. 3:08-cv-00242 (SRU)(WIG). Only New Defendant(s), New Claims, This Can Be A-Consolidation of Actions. Plaintiff has filed Motion here to: attached.

26.) The Plaintiff request a Trial - By A - Jury - Trial on All Issues Triable by Jury. 8th, 14th And 1st, Amendment Rights. "For All Newly Discovered Damages."

27.) Plaintiff(s) Costs In this Suit, All postage, Copies, Court fees In Civil Action § 1983, And The Attorney Fees. Requested.

28.) Any Additional relief this Court Deems Just, proper, And Equitable Like Money Damages. for Injury Damages,

**F.   REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

**29.)** The Plaintiff, requests are above, for the Constitutional violations; Violation of the Plaintiffs(s) Health Safely, Pain and Suffering. And Denied Access to Attorney(s) Court, And State officers, By Holding onto Documentation, Hinder, To Keep Back, The Plaintiff Request Money Damages for what Prison Officials Did to my Hands, And What they Are Doing with my Mail.

**G.   DECLARATION UNDER PENALTY OF PERJURY**

Warning: **You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

#162375

Signed at _Enfield CT_ on _03/11/2010._
          (Location)                (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

(21)

**F.   REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

**30.)** The plaintiff requests, declaratory judgment, punitive Damages: Bell Atlantic Corp. et al. V. Twombly. That factual allegations in a complaint must be enough to raise a right to relief. the plaintiff has entitlement to relief, to all Claims written above. See attached EXHIBITS:

**G.   DECLARATION UNDER PENALTY OF PERJURY**

**31.)** EXHIBIT(S) A, C, D, E, F. ) #61 - pages of complaint,

Warning: **You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.   See 18 U.S.C. Sections 1621, 3571.

#162375

Signature: _Raymond Giulli_

Signed at _Suffield Ct_   on _03/11/2010,_
(Location)                (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

(21-1)

## H.   FINAL INSTRUCTIONS

WARNING: **Your complaint will not be filed** unless you complete each of these steps:

1. Sign the Declaration under Penalty of Perjury on p. 8

2. Enclose a check for $350 (payable to "Clerk, United States District Court") **OR** a completed Application to Proceed In Forma Pauperis   *No Job, No Money,*

3. Enclose one copy of the complaint for the Clerk's Office, one copy for each defendant, and one copy for the judge. For example, if you name *three* defendants, you must enclose *five* copies of the complaint.

4. Send all the copies of the complaint plus either your application for IFP status or your check for $350 (payable to "Clerk, United States District Court") to one of the addresses below:

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 915 LAFAYETTE BOULEVARD, BRIDGEPORT, CT 06604.

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 450 MAIN ST, HARTFORD, CT 06103

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 141 CHURCH ST, NEW HAVEN, CT 06510

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Raymond Cavilli*

I'm VERY SoRRy for my HAND WRITIng.
my HANds ARE IN BAd CondiTTon,
THERE ARE UCoNN TEETs pROVE This!
ANd THEy wIll NoT geT WoRKIng
TypEWRITER I-UNIT. ITs BROKEN.
To Old,

(22)

Mr. WILSON, HELD my MAIL In the office
They hold my MAIL. To Robb
my PRISON Accounts,
They Hold THE MAIL ? HINDER !
I 'GIVEN MAIL ON 20th, Its NOT DONE untIl 29th,
THIS Hurt my Case with the Marshals.

# EXHIBIT A

By Holding The MAIL, And kending The CIVIL ACTION,
They Stoped the Marshal from doing Service of
The Complaints, Court Officer As Witness.

---

**Special Request Form**
**Connecticut Department of Correction**

I-47
13T

| | |
|---|---|
| Inmate No. | CERILLI #162375 Date 01/20/2010 |
| Inmate Name | CERILLI #162375 |
| Payee Information | 1) Mr. JOSEPH-MusumECI |
| Name | STATE MARSHAL. |
| Street | |
| City | |
| State, Zip Code | |
| Reason | LEGAL MAIL POSTAGE PACKAGE, |
| Amount $ | 12.10 |

Inmate Signature
(in presence of counselor)  RAymond J. CERILLI

Counselor Signature:
Date:  1/26/10

ACCOUNTS,
ON

APPROVAL STAMP

**COMPLETE**

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

This Mr WILSON, COUNSELOR. I-UNIT,
I' have Court Officer John G"C'OONNEll,
And State Marshal, Joseph Musumeci.

24

THEY HELD MAIL UNTIL 2/17 BECAUSE
THEN THEY ROBB MY ACCOUNTS
BECAUSE MY MOTHER SEND'S $20.00 DOLLARS.

This Counselor, Is out Right Crazy, Blocking my Access on Time," Hinder" to - Keep U back, make Difficult.

It's All on the Inmates Accounts Print out Attached to read, Because He Did this Service of Civil Case was No Good, Time was up, They were Returned.

| | | |
|---|---|---|
| **I-47** | **SRF** | |

Special Request Form
Connecticut Department of Correction

01/20/2010

Inmate No. 162375      Date

Inmate Name CERILLI

Payee Information To; Joseph Musumeci.
STATE MARSHAL; SUE

Name
Street 39 Russ Street
City
State, Zip Code HARTFORD, CT. 06106.

Reason LEGAL MAIL 9X12 PACKAGE (1)

Amount $ 5.64        5.64
                      6.98

Inmate Signature
(in presence of counselor) Raymond Cerilli

Counselor Signature:
Date:                7/25/10

APPROVAL STAMP:

Original: I/M Accts.         **COMPLETE**
Yellow: Counselor
Pink: Inmate

I WAS ROBBED $1272.¢ And Now
The PAPERS ARE BACK IN Court
BEFORE The Judge, 25

NEW EVIDENCE AGAINST THE COUNSELOR MR. WILSON,
AND THE MAIL ROOM; OFFICIAL(S):
this Is UNDER Freedom of INFORMATION Right Now!
THE CASE'S CIVIL ACTIONS, WERE "HELD" pass the TIME
The STATE MARSHALS Could Not "SERVICE" this WAS DONE
By DEFENDANTS; BAD CONDUCT WAS WANTON, RECKLESS, WILLFUL,
INTENTIONAL AND MALICIOUS; (MALICIOUSLY to HURT ME,)
AND DENIED ACCESS.

Robbing my Account
for postage; They
OPENED The MAIL,
AND Could SEE—
The RETURN Date
By The Clerk.
Complex Litigation
Docket.
Mr. John O'Connell.
Is A—WITNESS.

EVERY Thing Back IN
Court AGAIN?
Before SAME Judge
And Clerk, J.O'CONNELL.
Counselor Wilson, CRAZY,
RETALIATION AGAINST CERILLI

RECEIVED THIS MARCH — 03Rd. 2010
From MR. WILSON.

**Special Request Form**
**Connecticut Department of Correction**
# 162375

SRF

I47

CONNECTICUT DEPT. OF CORRECTION

Inmate No. CERILLI          Date 02/05/2010

Inmate Name   CERILLI / 162375

Payee Information  CHIEF / CLERK

Name  HARTFORD SUPERIOR COURT

Street  95 WASHINGTON STREET

City   HARTFORD, CT 06106

State, Zip Code

Reason  POSTAGE #2 PACKAGES—

Amount $  490

Inmate Signature
(in presence of counselor)  Raymond Cerilli

Counselor Signature:
Date:                    2/5/10

Approvals:

Counselor Supervisor

Warden/Dep. Warden

**Business Office Use Only:**

| | Number | Amount | Date |
|---|---|---|---|
| Check # | | | |

INSUFFICIENT FUNDS

Business Office Staff Releasing Funds
Date

APPROVAL STAMP:

Original:  I/M Accts.
Yellow:  Counselor
Pink:  Inmate

26

MAILED EVERY THING back to Court,
TO SEE WHATS going TO HAPPEN?



| CONNECTICUT DEPT. OF CORRECTION | SRF |
| --- | --- |

**Special Request Form**
**Connecticut Department of Correction**

Inmate No. 162375    Date 12/28/2009

Inmate Name CERILLI

Payee Information

Name    CHIEF CLERK
        MR. JOHN O'CONNELL.
Street  95 WASHING Street.
City    SUPERIOR COURT
State, Zip Code  HARTFORD Ct. 06106-8

Reason  POSTAGE LEGAL MAIL

Amount $  2.98

Inmate Signature
(in presence of counselor)  Raymond Cerilli

Counselor Signature:

Date:

Approvals:

Counselor Supervisor

INSUFFICIENT FUNDS

Warden / Dep. Warden

Business Office Use Only:

| | Number | Amount | Date |
| --- | --- | --- | --- |
| Check | | | |

Business Staff Releasing Funds
Date:

APPROVAL STAMP:

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

I' have ALL the LEGAL CALLS, MR. WILSON, OKd THIS to ME, the PLANTEPF

to
1

MR
AS
11
HA

PR

ent

277

*No one WORKS HERE?* *BIG JOKE!*

# EXHIBIT B *-RESPONSE!*

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

Inmate name: CERILLI

Inmate number: 162375

Housing: 02/26/2010

**SECTION 4**

STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

I' HAVE #3- REQUESTS PENDING REGARDING my C.T.S, TREATMENTS to my HANDS; I' HAVE BEEN "APPROVED" BY URC; DEPARTMENT of CORRECTIONS' MD, AT UCONN, STATED I' WAS GOING BACK IN JANUARY, O'KAY, SEE U SEE IN Court AS SOON AS I' HAVE ALL YOUR NAMES By FREEDOM of INformateon; Im — FILING NEW FEDERAL CIVIL RIGHTS Complaint, $1983, for, BLUCKING my MEDICAL CARE And TREATMENTS; STOP my UCONN VISIT; And Stop my MEDICATIONS, RESPOND:

Inmate signature: Raymond X Cerilli

Date: 02/26/2010

For all remedies except health services, deposit this form in the **Administrative Remedies box**. For a health services issue, deposit this form in the **Health Services box**.

**SECTION 5**

DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason:

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: | | Date: |

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## District of CONNECTICUT

(PRISONER)

RAYMOND J. CERILLI

Petitioner(s)
Plaintiff(s).

vs.

M. JODI RELL. ET..AL.

FEBRUARY 25 TH., 2010.
Case 3;08-Cv-242((SRU)(WIG)

Respondent(s)
Defendant(s).

**AFFIDAVIT**
**PLAINTIFF(S) AFFIDAVIT INSUPPORT OF**
**MOTION FOR THE APPOINTMENT OF COUNSEL**
**AND IN SUPPORT OF MOTION FOR SUPPLEMENTAL COMPLAINT**
**FILED JANUARY 12th., 2010.**

1.) Rayomnd J. Cerilli. being duly sworn, desposes and say;

2.) I am over the age of eighteen and understand the obligations of an Oath.

3.) I am a Inmate in The DOC. Incarcerated at The MacDougall. Walker Ci. with a sentence of 53-years.

4.) The plaintiff states. that inmates administrative remedy from. This grievance' procedure herein exhibit-D.) Is' not working at macdougall. They all just (LIE) really bad. no- real investigation . no- out side supervisor-or/ real Director's in-charge of this program. ALL CORRUPTED. (READ). THEY ALL OUT RIGHT LIE WHEN INFACT A CRIME HAS BEEN COMMITTED. SEE: EXHIBIT -B.), robbed all legal mail documentation to the chief clerks office at New Haven. Superior Court. And the Federal Clerk office in this Case. robbed a Affidavit out

of plaintiffs package. it's been documented with the Ckerk.
and plaintiff requested a print out of all documentation.
and has not received this from the clerk. and filed new Motion.
requesting this.   The Chief Public Defenders Package was opened
an  the Affidavit was taken out.  SEE Lead Warden Peter Murphy
response in exhibit A.).  Please states warden lies.
                      PlaIntIff
5.) See exhibit B.)  They robbed all my Documentation., Motions
for Transcripts.  #3-times; from 1997. in the last #5-years
they robbed every thing.  I have been ("KIDNAPPED") BY THE DOC.
MY MAIL HAS BEEN ("KIDNAPPED"), BY THE DOC OFFICIALS: DENIED
ACCESS TO THE COURTS AND ATTORNEY(S) ON MY MEDICAL CASE. DENIED
ACCESS TO THE OFFICERS OF THE COURT : AND THE ATTORNEYS ON MY
CRIMINAL CASE:  THEY HAvE BEEN STOPPInG PLaINTIF'S FILINGS -
CORRECTLY.  BY THE CERTIFICATION TO ALL ALL PARTIES: ATTORNEY(S):
THEY ROBBED OVER #340. legal copies. and the affidavit to federal
                                      ONE
Court. this hurt my criminal case. because no came to Court.
Just Raymond J. cerilli. was before the  Chief Judge. Ms. howe.
States Attorney. and Attorney Ms. Jennifer C. Vickerty. the
Public Defender never came? the mail was all robbed. this was
all Newly Discovered Evidence. that has been all ("WITHHELD
BY THE NEW HAVEN POLICE AND TRIAL ATTORNEY(S) !((!.").SEE This
ALL IN EXHIBIT A.) TO READ.   NEWLY DISCOVERED EVIDENCE:(SET
UP BY THE NEW HAVEN POLICE CORRUPTED POLICE. AND I WAS DENIED
MY HEARING AT NEW HAVEN WITH THE CHIEF JUDGE. NO ONE CAME.BECAUSE
THEY ROBBED ALL MY LEGAL MAIL. THE PLAINTIFF CANNOT DO ANY THING
ABOUT THIS. THEY WILL NOT MAKE THE LEGAL COPIES OVER. DENIED.
CAPTAIN BURKE. WANTS TO LOOK AND READ ALL MY DOCUMENTATION
                                            ME
IT"S ALL IN EXHIBIT D.), TO READ. THAT TELLS THE MAIL ROOM ROBBED
ALL THE DOCUMENTATION.

6.) SEE EXHIBIT C.) THE GRIEVANCE ADMINISTRATIVE REMENDIES COORDINATOR MS. BOLAND. FAILED TO RESPOND CORRECTLY TO 137-1923. EVERY THING IS DONE CORRECTLY. THE REQUEST TO THE WARDEN. AND THERE WAS #4 OF THEM. THE CAPTAIN CALLED ME TO HIS OFFICE.CAPT. BURKE. STATED HE WILL DO THE LEGAL COPIES. (NO WAY). IT"S AT THE LIBRARY MS. BOSS. WILL DO ALL THE LEGAL COPIES. NOT CAPTAIN BURKE. THE REQUEST TO WARDEN. HAS ROOM TO RESPOND AT THE BOTTOM. AND MS. BOLAND IS JUST INFORMATION. ( NOTHING TO DO WITH AREAS THAT ARE USED FOR RESPONSES (BIG LIES NOT TO RESPOND TO THE (GRIEVANCE). THIS IS MS. BOLAND RESPONS... NOT CORRECT. SHE HAS TO RESPOND. AND THIS IS WHY SHE DID NOT. READ CAPTAIN BURKE RESPONSE. HE WANTS CERILLI. TO GIVE ALL 100-20. LEGAL COPIES TO HIM.??? IT"S ALL THERE TO READ. THIS PLACE IS CORRUPTED. THE ONLY THING WRONG HERE IS THE CAPTAIN BURKE. WANTS TO READ WHAT I'M FILING TO THE COURTS. NEVER GOING TO HAPPEN. THATS' THATS WHY I THINK MY COUNSELORS OR THE MAIL ROOM IS OPENING ALL LEGAL MAIL. AND TAKING OUT DOCUMENTATIONS.

7.) THE PLAINTIFF STATES THEY JUST CHANGED THE MEDICAL PEOPLE MD'S MEDICS AND IM RIGHT BACK TO DENIED ALL MEDICATIONS AGAIN. THEY DO NOT POST THE NEW NAMES OF THE PEOPLE??? SEE EXHIBIT D.). IM DENIED ALL NEW MEDICAL RECORDS AGAIN. I CANNOT RESPOND WITH THE NEW MEDICAL EVIDENCE TO THE COURT... IN THIS CASE !

8.) THE PLAINTIFF CANNOT GET BACK THE REAL REQUESTS WRITTEN TO THE LEAD WARDEN: HE SENDS THEM TO THE CAPTAIN TO RESPOND? AND HE ONLY GAVE BACK THE ONE IN EXHIBIT D.). CAPTAIN BURKE. UNDERSTANDS THIS. WITHOUT THE REAL REQUESTS. MY GRIEVANCE IS NOT ALL THERE. THIS IS WHY THE GRIEVANCE'S DO NOT WORK HERE!!! I HOPE THE FEDERAL COURT WILL UNDERSTAND THIS PROB lem...

THIS IS REALATIATION AGAINST PLAINTIFF RENDERED AND EVERY THING RETALIATION IS BEING KIDNAPED BY THESE PEOPLE.

THE PLAINTIFF RAYMOND J. CERILLI. HAS MEDICAL PROBLEMS, WITH

HIS HANDS AND WAS TOLD HE WAS GOING BACK TO UCONN HOSPITAL AND

THIS WAS TO BE IN JANUARY FOR THE REST OF THE TREATMENTS TO

HIS HANDS C.T.S. ("ONE BIG LIE ".) NEVER HAPPEN. #5 LETTERS AND

TWO NEW COMPLAINTS TO MEDICAL UNIT. NO RESPONSE.  NO ONE IS

WORKING OVER HERE.  No one will Respond ? For The Treatments

The plaintiff has requested help from the court in his motions

the injuntion were never acted on. and the medical records are

very important to show the Court real Damage and they are needed

for the Medical Evidence. to this Date They Are Denied.

ALL THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE

ALL THE ATTACHED EXHIBITS A.B.C.D.) attached are real an

PLAINTIFF(S)  FACTS  EVIDENCE. DENIED COURT ACCESS: DENIED

INFORMATION MEDICAL REPORTS:   THAT ARE VERY IMPORTANT.

I AM SORRARY ABOUT THE TYPEWRITING BUT THE TYPEWRITERS ARE

ALL BROKEN

RESPECTFULLY SUBMITTED

RAYMOND J. CERILLI
PRO SE PLAINTIFF
MACDOUGALL WALKER CI
1153 EAST STREET SOUTH
SUFFIELD., CONN. 06080-0002.

SUBSCIBED AND SWORN BEFORE ME THIS 25TH DAY OF february 2010.

2/25/10

NOTARY PUBLIC
JACQUELINE BACHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2011

REPLACE ALL LEGAL COPIES —
OVER #100 �= PAGES WERE MAIL TO ALL MY PARTIES,
ATTORNEY: PRESTON TISDALE, AND CLERK, "WHAT GOING ON,
PLEASE FIND OUT, OR/ I'M FILING CIVIL ACTIONS.

# EXHIBIT

1) MAILED REQUEST
   TO: MS. BLAND,
   10/17/09,

2) MAILED REQUEST
   TO: MAIL OFFICER
   10/19/09.

3) MAILED REQUEST
   TO: CAPT. BARKER
   10/19/09.

4) HAVE-CHIEF-
   CLERKS LETTER-
   ATTACHED EVIDENCE
   8/27/09, EXHIBIT B
   DOCUMENTE FACT,

---

**Special Request Form**
**Connecticut Department of Correction**     A     ← 6/1

| | |
|---|---|
| Inmate No. | 162375 |
| Date | 08/31/2009 |

Inmate Name  CERILLI

Payee Information  SUPERIOR COURT, AND
Name  PRESTON TISDALE, CHIEF,
Street  LEGAL MAIL
City
State, Zip Code

Reason  POSTAGE LEGAL MAIL

Amount $  5.71

Inmate Signature
(in presence of counselor)  Raymond Cerilli

Counselor Signature:
Date: 8/31/07

Approvals:  M. Orka
Counselor Supervisor

INSUFFICIENT FUNDS
INMATE TRUST FUND

Warden/Dep. Warden

Business Office Use Only
| Number | Amount | Date |
|---|---|---|
| | | |

Business Office Staff Releasing Funds
Date

APPROVAL STAMP:  **APPROVED**

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

*NO ONE RESPONDING TO REQUEST,*

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: CERILLI Raymond J. |
|---|---|
| | Inmate number: 162375    Housing: I-1-47 |

**STATE THE PROBLEM AND REQUESTED RESOLUTION**

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be ta to resolve the problem. PLEASE PRINT.

DENIED ACCESS COURTS! PLEASE SEE Attached LETTER FROM The Clerk 10/14/09. "NOT RECEIVED LEGAL MAIL." Documents Now PROVE you mAiled my pApERs to Court! NoI'm CALLING EVERY ONE SOON! AGAIN TO PROVE EXHIBIT-A.) B) my Copy. SupERIOR Court AND PRESTON TisdALE, ChEF. "NEXT PAGE" EXHIBIT, B;) "WHERE'S my MAIL Now! 24.00 DOLLARS FOR- LEGAL COPIES; have ThAT ALSO, FROM Ms. BOSS. I'HAVE WRITTEN COUNSELOR Ms. BOLAND. AND Cupt. BARKER. No - RESPONSE, TO REQUESTS; #3-of Them. PLEASE PROVE you mAiled Documents Now! OR I'm FiliNG CIVIL: ActIoNS, GIVE ME MAIL ROOM OfficE NAME; SO I CAN RESOLVE This Big PROBLEM.

Inmate signature: CERILLI "REPLACE COPIES" NEXT PAGE, AND F.O.T.    Date: 10/19/2009

**DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 10/22/09 | IGP #: 137-10-161 | T#: |
|---|---|---|

| Disposition: Denied | Date of Disposition: 11/13/09 |
|---|---|

Reason: If you will check your inmate account fund you will be able to verify that you have not been charged for any of the charges you are grieving. Your second set of documents was received by the court and your case was heard on schedule, 11/12/09. The Court Clerk reports that your case was not penalized or your case pushed back due to the lost documents. Your mail has not been returned by the post office as being undeliverable so it has to be at the court somewhere, but did not make it to its final destination within the court. You have not been financially injured by the loss, nor have you been penalized by the court, or your case pushed back because of the missing documents. There is also no Captain Barker at this facility. There is a CCS Baker or Parole Officer Barker, which is probably why no one answered you.

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

| Signature: | Date: 11/13/09 |
|---|---|

*(left margin, vertical)* EVIDENCE #1 ATTACHED EXHIBITS A, B,) #2 ATTACHED EXHIBITS A, B,)



Special Request Form
Connecticut Department of Correction       SRF

Inmate No. 162375        Date 09/21/2009        V-61

Inmate Name  CERILLI

Payee Information  MAG. — FEDERAL JUDGE:
Name  MOTIONS.
Street
City  MATI ↓
State, Zip Code

Reason  POSTAGE LEGAL MAIL

Amount $ 4.15

Inmate Signature
(in presence of counselor)

Counselor Signature:
Date:  9/22/09

APPROVAL STAMP:

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

---

Special Request Form
Connecticut Department of Correction       SRF

Inmate No. 162375        Date 09/21/2009        V-61

Inmate Name  CERILLI

Payee Information  MAILING FEDERAL COURT
Street  WITH WITNESSING
City  MCDI HALL (100) POSTAGE
State, Zip Code

Reason  LEGAL COPIES COURT ZENHOM

Amount $ .500

Inmate Signature
(in presence of counselor)

APPROVAL STAMP:

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate



I had to make $100 50 Copies for the Clerk. AGAIN.
They will not make Copies for Attorney(s) AGAIN.
(Captain Burke, Wants to Read my Documents. EX-D.)

EX-B

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 3.26 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.36 |

Sent To _Chief Clerk_
Street, Apt. No.; or PO Box No. _235 Church St._
City, State, ZIP+4 _New Haven, CT 06510_

PS Form 3800, June 2002    See Reverse for Instructions

MOTIONS for REQUEST
ALL NEW TRANSCRIPTS,
By Ms. DONNA, ROBINSON, P.
CERTIFIED, COURT REPORTER,
The STENOGRAPHIC NOTES.

(Correctional Officials Denied Access 4)

CV-97-0407991-S Habeas Corpus Petition *3rd Time 11 Motions

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Chief Clerk Superior Court
Nancy E. Bair, Esq
235 Church Street
New Haven, Ct 06000
Habeas Corpus Unit.

2. Article Number   7006 0100 0007 0970 6196

COMPLETE THIS SECTION ON DELIVERY

Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

OCT 21 2009

CONNECTICUT DEPT. OF CORRECTION

**Special Request Form**
**Connecticut Department of Correction**    SRF

Inmate No. 162375    Date 10/14/2009

Inmate Name CERILLI #3-BACKHOES   I-41

Payee Information: To: FOIA Commission,
The Clerk, Ms. Copies
Judge at Court, And Superior
Court New Haven #3 BACKHOES
To Clerk, Certified, Mail, Card,
Postage, Legal, Mail

Amount $ 8.36   3.26 / 2.80 / 2.30 / 8.36

Reason

Inmate Signature (in presence of counselor)

Counselor Signature

Date: 10/15/2009

Counselor Supervisor

Approval:

Warden / Dep. Warden

**INSUFFICIENT FUNDS**

~~APPROVED~~

Business Office Use Only:

| Check | Number: | Amount: | Date: |
|---|---|---|---|

Business Staff Releasing Funds:

Check

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate

*They open my mail and robb the Documentation—*
*☐ A, B, C, D, E, F, EXHIBITS* *100- pages, messing?*
*out of practuage*

*DOCIS' Robbed Out*

*Going Documentation (?)*

### State of Connecticut
# DIVISION OF PUBLIC DEFENDER SERVICES

**OFFICE OF CHIEF PUBLIC DEFENDER**
30 TRINITY STREET - 4th Floor
HARTFORD, CONNECTICUT 06106
(860) 509-6405 Telephone
(860) 509-6495 Fax

**DEBORAH Del PRETE SULLIVAN**
LEGAL COUNSEL/
EXECUTIVE ASSISTANT PUBLIC DEFENDER
deborah.d.sullivan@jud.ct.gov

November 2, 2009

*EXHIBIT - C.)*

Raymond Cerilli, #162375
MacDougall Walker CI
1153 East Street South
Suffield, CT 06080-0002

Re:    **Freedom of Information Request received November 2, 2009**

Dear Mr. Cerilli:

Please be advised that Attorney Tisdale is no longer employed by this office. You make reference to docket CV-97-0407991-S, <u>but did not include any attachments.</u> You are currently represented by Attorney Jennifer C. Vickery. As Legal Counsel, I represent this office and respond now to your Freedom of Information request:

1.    *"all information on Attorney's because you have appointed two attorneys to my case petitions and you will see attached exhibits a,b,c,d. Nothing is being done. If you will not help put a stop to this corruption and tell these attorneys to do their jobs. I, the petitioner will file a civil action. I request all the documentation and transcripts; pictures; witnesses; against Cerilli".*

**DENIED** - The information you have requested, if such exists: (1) is not maintained or retained by this agency; and (2) is not a public record but is exempt as privileged by the attorney-client relationship pursuant to C.G.S. §1-210 (b) (10).

If you are attempting to obtain information and/or documents that may be within your attorney client file, you must contact your attorney directly and request a copy from her. You may write Attorney Vickery at P. O. Box 1281, New Haven, CT 06505-1281.

Very truly yours,

*Deborah Del Prete Sullivan*
Deborah Del Prete Sullivan
Legal Counsel/
Executive Assistant Public Defender

*It's been Filed by the New Haven Superior Court, Attorney; Jennifer C. green Check to*

*ALL Motjon's Filed #3- Time's New Haven Superior Court*



**Judicial District of**
**New Haven**

Judicial Branch Website: *www.jud.state.ct.us*

**Superior Court**
**Office of the Chief Clerk**
235 Church Street
New Haven, CT 06510-0999
Phone: (203) 503-6800
Fax: (203) 789-6424

Date: 10/14/09                    EXHIBIT C

To Whom It May Concern:
RE: CV 97 407991

The court has received your letter inquiring about the status of the above captioned matter. The matter is currently scheduled for:

( ) Public Defender's Report/Motion to Appoint Special Public Defender
      Due ___/___/___
( ) Special Public Defender's Appearance Due ___/___/___
( ) Amended Petition Due ___/___/___
( ) Return/Answer Due ___/___/___
( ) Trial Date ___/___/___
(X) Status Conference Date 11/12/09
( ) Short Calendar Hearing Date ___/___/___ re: Motion #_____
( ) Currently, there is nothing scheduled regarding this matter.
( ) Your letter/correspondence is being returned as it is considered *ex parte* communication and is not allowed. All correspondence with the Court must be in the form of a formal motion including a certification page to opposing counsel.
( ) The enclosed papers are being returned for the following reasons:
      _____ Certification required (P.B. Sec. 10-14 and 7-6).
      _____ Docket number/case caption not provided/incorrect docket number
          (P.B. Sec. 4-2 and 7-5)
( ) Any new habeas corpus petitions filed between June 1, 2003 and October 1, 2006 were docketed and scheduled out of the Rockville Superior Court. When a new petition was filed in New Haven, it was date stamped and forwarded to Rockville Superior Court. Therefore, any inquiries about the status of your case must be made to the Rockville Superior Court, 20 Park Street, Rockville, CT 06066
( ) Effective October 1, 2006 all new habeas corpus filings are to be filed at the Rockville Superior Court, 20 Park Street, Rockville, CT 06066 pursuant to Public Act 06-152. New Haven Superior Court will no longer be accepting new civil habeas corpus filings.
( ) The proper procedure for a transcript request is enclosed.
( ) The forms used for starting a civil writ of habeas corpus petition are only available at the facility in which you are housed. The court does not have these forms available. You may be able to obtain the necessary form from Inmate Legal Assistance Program, 78 Oak St., P.O. Box 260237, Hartford, CT 06126.
(X) Other: The court has not received any filings from you filed on or about 8/27/09.

Please direct any inquiries to the Habeas Corpus Office at (203) 503-6808.

Thank you,

Nancy E. Bauer, Esq.
Assistant Clerk
Habeas Corpus Office
New Haven Superior Court

She informed me, and this is facts of correctional officials robbing over #300 copies, all motions and filing. that were mail out, month before?
(48)

DATE FEBRUARY 09th.,2010.

TO: THE CHIEF CLERK: NANCY E. BAUER.ESQ.
    OFFICE OF THE CHIEF CLERK
    STATE OF CONNECTICUT JUDICIAL DISTRICT
    SUPERIOR COURT  HABEAS CORPUS UNIT
    235  CHURCH  STREET
    NEW  HAVEN., CONNECTICUT  06510.

RE: RAYMOND J. CERILLI VS. WARDEN. CV-97-0407991-S: CRIMINAL HABEAS:

DEAR CHIEF CLERK: MS. BAUER.

     I am writing your office regarding my Criminal case above.
attached is the information that went before the chief judge.
on about october 27th., 2009.   My mail  was being robbed by the
Correction Officials.  and I mailed again New Documents by Certified
Mail Green card,  attached.

I am requesting the information the Chief judge Stated in Court.
That he was going to give me a Trial date. and that never happen.
The Chief judge Stated to give the New Evidence to my Trial Attorney
appointed to the habeas Corpus Petition. and to inform (HER) of
this.    They are not responding at all???   The two #2- appointed
Attorneys. JENNIFER C. VICKERY.   (IS NOT RESPONDING TO ANY CALLS
OR ANY LETTERS IN OVER TWO #2-YEARS.  NO LEGAL ASSISTANCE. (NOTHING)
ONE BIG COVER UP...

I' am asking this Chief Judge for trial Dates; and New Judge be
Appointed to my Petition.   I ask the Honorable Honorable Court
for help.   I respectfully request this of the court.  This March
15th., 2010.  is #24-years incarcerated. THE NEW HAVEN POLICE MADE
FAKE EVIDENCE FOR CONVICTION IN COURT. AND MR. GOLD. AND MR. ULLMANN.
STATE ATTORNEY(S). (USED THIS FAKE EVIDENCE IN THE JURY ROOM). AND
THE NEW HAVEN POLICE CAME INTO COURT AND LIED. ABOUT FAKE BLOOD IN
MY BED. AND CAR. ALL OVER THE HOME. THE STATE POLICE NEVER TESTED
ANY THING. I HAVE THAT ON CD-r DISC. BY THE FREEDOM OF INFORMATION
COMMISSION. BY THE INVESTIGATING POLICE.   I HAVE THE FAKE BLOOD
PICTURES:  FAKE ARREST REPORTS THEY GAVE TO THE JURY MEMBERS TO
CONVICT MY IN A COURT OF LAW.

MY TRIAL IS COMPLETELY ILLEGAL IN 1991.(SET UP BY CORRUPTED JEW_
STATES ATTORNEY(S). AND CORRUPTED STATE APPOINTED COUNSEL. MR.
TOMASS ULLMANN. PUBLIC DEFEFENDER. THEY ALL ROBBED ALL THE REAL
EVIDENCE BEFORE THE TRIAL. AND THEN (LIED) IN COURT. (YES)...
CC/FILE:

EVERY ONE HAS COPIES OF THESE LETTERS.

I MAILED COPIES TO EVERY ONE.


RESPECTFULLY SUBMITTED:

RAYMOND J. CERILLO  #162375.
MACDOUGALL WALKER CI.
1153  EAST STREET SOUTH
SUFFIELD., CT. 06080-0002.

DATE OCTOBER 09th., 2009.

TO: THE CHIEF CLERK
STATE OF CONNECTICUT
SUPERIOR COURT
235 CHURCH STREET
NEW HAVEN., CONNECTICUT 06510

RE: RAYMOND J. CERILLI VS. WARDEN CV-97-0407991-S; CRIMINAL HABIAS

DEAR CHIEF CLERK:

I am writing your office regarding my Motion for Order
transcripts and the Freedom Of Information Act's against the Appointed
Attorney's on my criminal Case. NOTHING IS BEING DONE. FROM 1997.,

I want to see the chief Judge. To make the Last Complaint against
Corrupted Judge put on my case. With Corrupted Attorney's put on my
Case. I have sent these motions to all people; Mayor of New Haven.
The M. Jodi Rell. Gov. and The Chief Public Defender Preston Tisdale,
I have been given Fake Evidence That Set Me up and put me in Jail.
I want a Evidence Hearing with the Chief Judge at New Haven.
This Petitioner will show the Evidence to hem. That Corrupted Jew –
States Attorney Office New Haven Mr. Gold. And Tom' Ullmann. PD. they
(SET) CERILLI UP ON FALSE EVIDENCE. and Cerilli. Was given a copy
By The Mayor Office Police Officer of Freedom Of information-
Commission.

The petitioner mailed these Documents on about August 27th., 2009.
Please respond with a Hearing Date before the Honorable Chief Judge.
The petitioner will show the Chief Judge, The Fake Evidence Used
against Cerilli. for a False Conviction at New Have Superior Court
By The New Haven Police Officials; My Trial was Illegal.

RESPECTFULLY SUBMITTED:

CC/RJC/FILE:
EVERY ONE ON MY CASE RECEIVED
ALL COUNSEL/PARTIES OF THE
STATE OF CONNECTICUT.
RECEIVED MY COMPLAINT:

RAYMOND J. CERILLI 162375
PRO/SE PETITIONER
MACDOUGALL/WALKER CI.
1153 EAST STREET SOUTH
Suffield., connecticut 06080-0002.

#300 - COPIES ROBBED
WARDROBE LYING, ROBBED

First Time?
Right In Jail Here!

WARDROBE LYING, ROBBED CAME
MY Attorney On NEVER CAME MAI!
TO COURT NEVER got
OriginALS ROBBED
CORRECTION EVERY THING!

CERILLI, RAYMOND J                     VS.
WEZNER, GEORGE                         NNH-CV-97-04079315

6/6/2008 AT 5:00:00 PM

NOTICE OF SCHEDULING ORDER

THE FOLLOWING SCHEDULING ORDER HAS BEEN
ENTERED IN THE ABOVE-CAPTIONED MATTER:
PETITIONER MUST FILE AN AMENDED PETITION
ON OR BEFORE THE ABOVE-LISTED DATE AND TIME.
FAILURE TO DO SO MAY RESULT IN A COURT-ORDERED
STATUS CONFERENCE TO ALLOW PARTIES/COUNSEL AN
OPPORTUNITY TO EXPLAIN THEIR NONCOMPLIANCE.
PLEASE DIRECT ALL INQUIRIES TO THE HABEAS
CORPUS OFFICE AT (203) 503-6808.
BY THE COURT (DEMAYO,JTR)

THIS JUDGE IS CORRUPTED: LYING Bum
I WANT TO SEE THE CHIEF JUDGE: PLEASE:
I'M NOT BLACK:
I do not have them Black Civil Rights Attorneys
Helping Cerilli.
No one is Helping me.
In 23 years.

(JDNO 52)                    Judge

SUPERIOR COURT
235 CHURCH STREET
NEW HAVEN, CONNECTICUT        06510

RAYMOND J CERILLI
NO. 1623775 MACDOUGALL
1153 EAST STREET SO.
SUFFIELD, CT        06087

DATED: MAR 06, 2008
NNH

I WAS before my Chief
ALL BY my SE(F.

No ONE WAS IN Court. BECAUSE?
THEY Robbed OVER-200. Copies. To DEFENDANTS
And ALL 100-Copies MAILED - First TIME
TO the CLERK. THATS 300 - Copies



University of Connecticut
School of Law

*ALL 'Newly DISCOUERED EVIDENCE. help ME! corrupted JEWS
And No ONE WILL help ME AGAINST IN JAIL.?
It's A "Conflict to go against people THAT fabely put*

December 2, 2009

**Legal Clinic**

Todd D. Fernow
*Director, Clinical Programs*
*Professor of Law*

Jon Bauer
*Clinical Professor of Law*

Timothy H. Everett
*Clinical Professor of Law*

Diana L. Leyden
*Clinical Professor of Law*

James H. Stark
*Professor of Law*

Michelle K. Caldera
*William R. Davis*
*Clinical Fellow*

Carmen Arroyo
*Administrative Assistant*

Raymond J. Cerilli
#162375
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080-0002

Re: Your letter dated November 23, 2009

Dear Mr. Cerilli,

Unfortunately the UCONN Criminal Clinic cannot offer to provide you with legal advice or representation. The Criminal Clinic has limited resources and generally limits itself to a few trial and appellate level criminal cases. We take very few post-conviction cases other than direct appeals. Further, the Clinic has a conflict or conflicts of interest in your case because it has often worked and consulted with Attorney Ullmann and because Judge Gold is a judge we very much respect. I am returning the materials that you mailed to us and I am including a backup copy of them for your convenience.

Very truly yours,

T. H. Everett
Timothy H. Everett
Clinical Professor of Law

*#3- MOTIONS,*
*# 150 PAGES*

encl.: return of materials sent by Mr. Cerilli

*OVER #100-50 Documents WERE MAILED To Court.
ALL Newly Discouered Evidence. How Police
And Above Attorney(S), Gold, ULLmann, (SET) -
CERILLI, up IN A Court of LAW, Withholding
ALL this INFORMATION. "Corruption,"
And READ How EVERY ONE IN Connecticut
WILL Not Help... Why It's Conflict of
go AGAINST Corrupted JEWS...
"You Know?" withholding EVIDENCE!*

*An Equal Opportunity Employer*

65 Elizabeth Street
Hartford, Connecticut 06105-2290

Telephone: (860) 570-5165
Facsimile: (860) 570-5195
e-mail: carmen.arroyo@law.uconn.edu
web: www.law.uconn.edu

Date; November, 23rd, 2009.

Timothy H. Everett
Clinical Professor of Law
University of Connecticut
65 Elizabeth Street
Hartford, Ct. 06105-2290

Re: Raymond J. Cerillo #162375

Dear Mr. Everett, Professor.
I need your Legal Knowledge in the Law; Evidence; All Robbed And Withheld By Police, State's Attorney Mr. David P, Gold, And Tom, Ullmanns All Done Before Trial, And I, have New Evidence mailed To me by The freedom of Information;
1.) fabrication of Negoid Hairs In Bed.
2.) fabrication of fake Blood Pictures that were mailed To me. Bed Room #32 pictu
3.) fabrication of Police Reports, that Ceril was Charged, Arrested Same Thing, Same year. 1987. ? Never Happen

Please Vivael Unclii, I have No way To Copy The fate The pictures;

WILLIAMS AND WISE
ATTORNEYS AT LAW

JOHN R. WILLIAMS
SUE L. WISE

DIANE POLAN
KAREN LEE TORRE
O. KIRT WESTFALL
DAVID B. BACHMAN

51 ELM STREET
NEW HAVEN, CONNECTICUT 06510

OF COUNSEL
JUDITH BERKAN

(203) 562-9931
TELECOPIER (203) 776-9494

MARY ANN LUDEN
ADMINISTRATIVE ASSISTANT

*Cerilli, got ALL THE FAKE
Blood PicTUREs. 2008! by Cops
FAKE CourT TesTimony LYING*

March 5, 1991

Honorable Nicholas Pastore
Chief of Police
New Haven Police Department
One Union Avenue
New Haven, Connecticut 06519

RE:  State v. Raymond Cerilli

Dear Chief Pastore:

At the request of our client Raymond Cerilli, whom we
represent on appeal, I am asking that you conduct an
investigation into the disappearance of certain pieces of
evidence which were introduced at his trial.  We are also
interested in receiving the negatives of photographs which were
introduced at trial.  If Mr. Gold, the Assistant State's
Attorney has no objection, could you arrange for these items to
be gathered together and give us an opportunity to view them.

*(SET Up PicTUREs) #32 of THEM.*  Sincerely yours,
*(ALL CovEREd Up) By Gold*
*I JusT GoT THEM. 2008.?*
*By F.O.I.*

SUE L. WISE

SLW/mal
XC: Attorney David Gold
    Attorney Thomas Ullman
    Mr. Raymond Cerilli ✓

*file*

**WILLIAMS** AND **WISE**
ATTORNEYS AT LAW

JOHN R. WILLIAMS
SUE L. WISE
―――
DIANE POLAN
KAREN LEE TORRE
D. KIRT WESTFALL
DAVID B. BACHMAN
―――
OF COUNSEL
JUDITH BERKAN
―――
MARY ANN LUDEN
ADMINISTRATIVE ASSISTANT

51 ELM STREET
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
TELECOPIER (203) 776-9494

*CERILLI, got ALL POLICE REPORTS, 2008.*
*NEVER SEEN BEFORE, NEVER,*

February 6, 1991

Ms. Donna Poulin
Office of the Court Reporter
Superior Court
235 Church Street
New Haven, Connecticut 06510

RE:  State of Connecticut vs. Raymond Cerilli
     Nos. CR6-280146-JD and CR6-307106-JD

Dear Donna:

The transcript order may not be clear, but I would like all of trial testimony in the above-captioned cases. I do not need the voir dire and jury selection process, but I do the summations.

*Nikki*
*She Lied →*
*For Cops →*

I would also like the evidentiary hearings and argument on pretrial motions to the extent that they are available. I already have testimony of Raquel Reeves-11/8/90, the testimony of Nikki Walker-11/8/90, and the testimony of Ralph DiNello-11/13/90.

If there are any questions about this, please call me for clarification.

Sincerely yours,

SUE L. WISE

SLW/mal
Enclosure

*40-2*

EXHIBIT "A"

| COMPLAINT NUMBER | DATE & TIME OUT | COMPLAINANTS NAME | ARRESTEES NAME | EVIDENCE DESCRIPTION | SIGNED OUT TO SIGNATURE | BY WHOM | DATE-TIME RETURNED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 24407 | 1-5-87 | | RAYMOND CARRILLI | | | | |

TRIAL WAS ILLEGAL!

They had Rape Hearings Before, Robbed Before Trial (RIA).
they went Before a Judge to get Abortion.
("In a Rape Abortion Hearing").
My Name as the Raper Carrilli,
All Withheld Evidence at Trial. up!
Cover-up Walkers Set me up!
Nichke Cops Set me up!

DEPARTMENT OF POLICE SERVICE

**SOUTH CENTRAL REGION**
**CASE/INCIDENT REPORT**

CONTINUATION PAGE

109#07

seized were 6)two blue sweatshirts with "New York Giants" logos, one pair of grey jeans, and one 7) 8) plasic container of Vaseline petroleum jelly from atop a bureau behind a photograph. I photographed the items before seizure and the bedroom in general. I also was advised to photographed the kitchen refrigerator, and a wall mirror in the bedroom. I also photographed the paneled front entry hall.

Upon completion at that location, I responded also that night to the Police Garage where the Chevrolet, Ct. Reg. 826EMA had been towed. A search warrant had been obtained for this vehicle where I was advised. I photographed this vehicle exterior and interior, noting it was a reddish brown color, both exterior and interior. I noted the glove compartment door was missing and a wire was hanging down in this area. I checked the vehicle for traces of blood evidence and found none. I dusted the passenger area interior and exterior for latent prints. One print was developed and lifted from the top interior passenger window in an inverted position. No other identifiable prints were located. Hair samples were collected from the floor and seat front passenger area. Full liquor bottles (wine) were noted on the rear floor of the vehicle (pass. side). Nothing else of significance to this investigation noted at this time.

I compared the latent print lift from the car to the known inked prints of ▮▮▮▮▮▮▮▮▮▮▮ and the latent print was not made by these individuals. The bedding items seized and the hair samples will be forwarded to the Forensic Lab for further analysis and a transmittal was prepared for that purpose. Photo negatives will be on file at the Incident. Unit.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY
STATE LAW FOR MAKING A FALSE STATEMENT

SIGNED _____

DATE 11/27/07  PAGES 2 OF 2

COPY B

*(handwritten, rotated:)*
Put Blood In My Bed Room?
All OVER EVERY THING?

This Cop Came to Trial And Never SEEN THIS REPORT?
Said, Blood ALL OVER CAR? NEVER SEEN THIS REPORT?

*(handwritten, bottom margin:)*
("Police Put Blood IN my
They put Blood IN my (ear.)

# DEPARTMENT OF POLICE SERVICE

## SOUTH CENTRAL REGION
## CASE/INCIDENT REPORT

**SUPPLEMENTARY** ☒

2330 Supplement-Sexual Assault   4813   Chris Grice   ID 1-120

ISU-DiNello

| | | | |
|---|---|---|---|
| Cerilli | | | |
| DiNello | Raymond | | |
| Waller | R. (PD093) | | 1622 State St. Hamden |
| Wearing | G. (PD093) | | Comm. 826EHA |
| | Sgt. M. (PD093) | | |

On the afternoon of 10-24-87, Sgt. Wearing advised me that subject Cerilli, in custody on unrelated

charges, was suspect in an abduction/sexual assault occurring 10-24-87. I was advised that search

warrants were being planned for this subjects apartment and vehicle for later in the evening. I did at

that time familiarize myself with the case by reading Police case-incident reports. That afternoon I

did also take polaroid photographs of Cerilli's hands and face, as well as an over-all stand-up

photo on request from Sgt. Wearing. Sgt. Wearing retained custody of the photos at that time.

Late that evening I responded with Det. Waller and DiNello and Det. Sgt. Wearing to 1622 State

where the search warrant was executed. I photographed the overall front exterior of the house, including

the front woolen steps and entry area. I photographed the rear bedroom and waterbed. A search for evidence

revealed the following items which were seized: One white mattress pad on waterbed, 2) one grey

comforter on waterbed, 3) one grey sheet on waterbed, 4) two grey pillowcases, 5) one camel-colored comforter from walk-in closet. These items

had areas of red-brown pale staining which may have been from blood. Also

COPY A

*(handwritten, bottom and margins):* WEARING Robbed EVIDENCE HE SET ME UP!

*(handwritten, left margin, rotated):* WEARING Robbed R. Ruffles

*THEY GAVE THIS to WEST HAVEN Judge, TO get this STATE WARRANT ARREST Cerilli*

**DEPARTMENT OF POLICE SERVICE**

**SOUTH CENTRAL REGION**
**CASE/INCIDENT REPORT**

Supplement — SUPPLEMENTARY ☐

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104407 | 10-24-87 | 7 | Sylvan Av | 0740 | 0600 | 11-05-87 | Supplement |

| | Last Name | First Name | | | | | |
|---|---|---|---|---|---|---|---|
| C | Cerilli | Raymond | | | J | M W | 03 15 57 |
| O | Nichols | E | DET | PD093 | | | |
| O | Rosa | R | DET | PD093 | | | |
| RF CN 5064587 | | | | | | | |
| RF CN 5097902 | | | | | | | |
| RF CN 7003967 | | | | | | | |
| RF CN 7037373 | | | | | | | |

| Reporting Officer | | | | |
|---|---|---|---|---|
| Dennis L. Kelly | 4813 | GA/6 | ISU | 197 USD |
| | | | | 093 |
| Vernon St | | | 093 826-EHA |
| 152 Valley St | | | |

That on 10-26-87 in the early morning hours, Detectives Nichols and Rosa discussed this investigation with this officer, who was not working the night the incident occurred. The detectives gave this writer a basic account of the incident as well as the descriptions of the suspect and suspect vehicle. After discussing the possibility that the suspect had possibly mistaken the victim for a prostitute, the detectives requested that this officer check his files for a suspect matching the descriptions in this case, as until recently, this officer had worked the primary "red light district" as a uniformed patrol officer for approximately six years.

That the detectives said the suspect was a white male, 30 to 40 years old, medium height, medium weight with a "funny" or "unusually" shaped nose. The suspect had dark brown or black hair, possibly a mustache. The incident originated on _____ Avenue and _____ the suspect's _____ vehicle was a small brown or black 2 door model. The victim was kidnapped after another girl got out of the suspect's car, to the intersection of State and Ferry Streets, where the victim ended up after the sexual assault.

That upon reviewing records of persons this officer arrested for motor vehicle violations while cruising the "red light district," who fit the description offered by the detectives _____ Cerilli, who was driving a brown 1982 four door model _____ Cerilli was again arrested for motor vehicle _____ charges by this officer at 152 Valley Street, but also indicated that he sometimes stayed on Vernon Street.

Writer arrested Cerilli four times in the past two years on the above listed complaint numbers. _____ Cerilli always gave his address as 152 Valley Street.

Writer felt that this information strongly suggested that Raymond Cerilli was a strong suspect and _____ to Detective Nichols for further investigation on 11-01-87.

*NEVER ARRESTED AND THIS WAS GIVEN TO JURY MEMBERS*

*This is How THEY GOT FAKE WARRANT TO ARREST CERILLI!*

*Set up by THESE Cops', FALSE POLICE REPORT LIES TO SET ME UP*

| 104407 | 11-1-87 | RAYMOND CERILLI P. MARRONE | TAPE STATEMENT | | P-11 PERDO | |

*Robbed Statements. Changed.*

*Never given to me ? Cerillt*

| 104407 | 10-20-87 | RAYMOND CERILLI | ROSA | | | |
| 104407 | 10-20-87 | RAYMOND CERILLI | MORTZ | BLUE SWEATSHIRT(GIANTS) ONE RAPE KIT | AISLE 12. Bottom AISLE 12. | GUERRI |
| 104407 | 10-20-87 | RAYMOND CERILLI | ROSA | SHOES-STOCKINGS-BRA PANTS-JACKETS-UNDERPANTS | AISLE 12. | GUERRI Destroyed GUERRI |

*Robbed right After Trial.*

*Cops Robbed ALL this After Trial!*

1781

| CASE # | DATE | COMPLAINANT | ARRESTEE | OFFICER | ITEM | TYPE OF INCIDENT | LOCATION | RECEIVED BY | CASE DISPOSITION | HOW ITEM DISPOSED | OFFICER O |
|---|---|---|---|---|---|---|---|---|---|---|---|

NEW HAVEN POLICE DEPARTMENT — PROPERTY DIVISION — CASE RECORD OF PROPERTY AND EVIDENCE

*√ ALL MADE up Evidence.*
*√ ALL Cover up Evidence*

| 104407 | 11-2-87 | | RAYMOND CERILLO J. MILLER | | PHOTO BOARD | | | PHOTO APPENDO | | | |

*ONE Bag Lie by Mr Gold!*
*NEVER Tested By State Lab!*

| 104407 | 11-2-87 | | RAYMOND CERILLI | GRICE | MATTRESS PAD-COMFORTER SHEET-PILLOWCASES-2SWEATSHIRTS PR. JEANS-VASELINE-HAIR SAMPLE | | AISLE#12 BOTTOM | GUERRI | | | |

*It's ALC Robbed they said.*

*Put Black Cop HAIRS
IN my Bed WEARING!
a" Black Cop!*

*1987*

NEW HAVEN POLICE DEPARTMENT

PROPERTY DIVISION

CASE RECORD OF PROPERTY AND EVIDENCE

| CASE # | DATE | COMPLAINANT | ARRESTEE | OFFICER | ITEM | TYPE OF INCIDENT | LOCATION | RECEIVED BY | CASE DISPOSITION | HOW ITEM DISPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104407 | 11-9-87 | RAYMOND CERILLI | P. MARRONE | | TAPE STATEMENT | | P-11 | PERDO | | | |

*Robbed Before Trial.*

*Changed Statements*

| 104407 | 10-24-87 | RAYMOND CERILLI | ROSA | | BLUE SWEATSHIRT(GIANTS) | | AISLE 12. | GUERRI | | | |
| 104407 | 10-24-87 | RAYMOND CERILLI | WORTZ | | ONE RAPE KIT | | AISLE 12. | GUERRI | | | |
| 104407 | 10-24-87 | RAYMOND CERILLI | ROSA | | SHOES-STOCKINGS-BRA-PANTS-JACKETS-UNDERPANTS | | AISLE 12. | GUERRI | | | |

*Never Tested,   Robbed.*

1987

| CASE # | DATE | COMPLAINANT | ARRESTEE | OFFICER | ITEM | TYPE OF INCIDENT | Location | RECEIVED BY | CASE DISPOSITION | HOW ITEM DISPOSED | ORDER OF DIS |
|--------|------|-------------|----------|---------|------|------------------|----------|-------------|------------------|-------------------|--------------|
| | | NEW HAVEN POLICE DEPARTMENT | | | | PROPERTY DIVISION | | | CASE RECORD OF PROPERTY AND EVIDENCE | | |
| 104407 | 10-25-8 | | | RTIZ | CASSETTE STATEMENT | | P-10 | GIOVANNI | | | |

Robbed.
Changed Statements

| COMPLAINT NUMBER | DATE & TIME OUT | COMPLAINANTS NAME | ARRESTEES NAME | EVIDENCE DESCRIPTION | SIGNED OUT TO SIGNATURE | BY WHOM | DATE-TIME RETURNED |
|---|---|---|---|---|---|---|---|
| 1487 CN 104407 | 10/25/90 | | Cerilli | Tape Cassette, Photoboard, Blue Sweatshirt, 2 signatures | Tom Reardon | M | |
| " | " | " | " | Cassette Tape, Recier (2 signatures) Tom Reardon | Tom Reardon | m | |

Robbed

No one could Hear This!?

No one could hear

| 024407 | 11-2-90 | | Cerilli | Red, Comforter Sheet | | m | |
| 024407 | 11-2-90 | " | " | Clothing, 3 bags (4) their Sample | | m | |
| 024407 | 11-2-90 | " | " | Clothing, Shoes, Bra | | m | |

Robbed

ALL Robbed.
State Police Help Set me Up!
They Never Tested Any Thing!
Got CD-R Disc Recording

EX-C

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: CERILLY |  |
|---|---|---|
| | Inmate number: 162375 | Housing: I-1-47 |

| SECTION 4 | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

THIS IS NEW COMPLAINT, ON THE VERY SAME PROBLEMS, ROBBED LEGAL MAIL TO SUPERIOR COURT, AND THE PENDING APPEAL WITH WARDEN MURPHY, NO-RESPONSE NEVER REPLACED THEM DOCUMENTS; ABOVE, SECOND PROBLEM IS ROBBED MY CELL OF LEGAL DOCUMENTATION, ROBBED MY CELL MR. MURPHY, MS, BOSS, IS THE LIBERIAN: AND IM NOT GIVING MY LEGAL DOCUMENTATION TO A-CAPTAIN AGAIN, OR, ANY CORRECTIONAL OFFICER; THEY ARE ROBBING THE MAIL! I GOING TO GET THE DEPARTMENT OF JUSTICE; POST OFFICE; NEW HAVEN I GAVE YOU REQUESTS, NOT RETURNED: ITS 300. 40 COPIES, ALL TOGETHER,

Inmate signature: Raymond Cerills   Date: 02/11/2010,

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

| SECTION 5 | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

| Date Received | IGP #: | T#: |
|---|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason:

NO - RESPONSE

YES' WE ARE NOW GOING CIVIL COURT,

☐ You have exhausted DOC's Administrative Remedies.   ☐ This matter may be appealed to:

| Signature: | Date: |
|---|---|

I WOULD LIKE, MS, BOSS, LIBERIAN, DO COPING! PLEASE
I TRUST NO CORRECTIONAL OFFICIAL

(REAL COPY) VERY IMPORTANT CAPTAIN BURKE,
WAS ACTING FOR THE WARDEN, BECAUSE
CAPTAIN BURKE ROBBED MY MAIL,

Mr. Cerilli #162375 I-47

You informed me that staff took your legal mail during the facility shakedown several weeks ago. No legal mail was removed from your cell by staff, had it been it would have been documented. All staff are required to document all items that are removed from a cell during a shake down.

Per our conversation on 2/11/10 I informed you that there was no proof whatsoever that staff removed legal mail from your cell. Warden Murphy, as you know, currently allows you to have 100 free copies per week of legal mail. As a favor to you I informed you that I would personally make the 200 copies of legal mail this one time and one time only. This would be above and beyond the 100 copies per week that you currently receive.

You demanded to be present with me when copies were going to be made. I informed you that I would make the copies within 2 hours prior to me leaving for the day and that you could not be present. You decided that this wasn't to your satisfaction and chose not to have me make the copies for you. Attached is your request and I consider this issue closed.

Capt. Burke
2/11/10

Capt. → It's 300.40 Copies Altogether

2eal → Your All Done Violateng my Rights;
This is why my mail is being Robbed;
USE OPEN the out going Legal mail
And Read It; Burke wants to Look
And Read my Legal Documentation
out side my present; this is Whats
going on Here; Burke; is Not No
Judge; Not A- Attorney; Has Nothing
To Do with my Legal Work;
Your Officials Are Robbing Cells,
Robbing out going mail. Robbing
And Kidnapping my mail. Captain
Burke Is Not No Liberian! Attorney General.
this is going to Attorney General.

**Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/1/08

Inmate name: CERILLI                FEB - 5 2010     Inmate number: 162375

Facility/Unit: MACDOUGALL CI     Housing unit: 47     Date: 02/05/2010

Submitted to: LEAd WARdEN: Mr. PETER Murphy:

Request: The CAPTAIN BURKE, Called me to His OFFICE: WE TAlked About The MAIL PRoblem And The RobbIng my Cell: I 'ASKEd HEm FoR Help. ON THE PENdINg pROblEm wIth MISSINg LEgAl MAIl, ANd TO REPlACE The DOCUMENTATION AgAIN, HOWEVER Mr. BOSS, Told me Capt. BuRKE, CAlled HER. BuT SHE NEEds YOUR "PERMISSION, ANd THIS IS NOT BEINg DONE." So PlEASE RETURN All my COmplAINTS, ANd REQUESTS, TO ME; PlEASE —

*continue on back if necessary*

Previous action taken: PlEASE hAVE CApTAIN BRUKE — RETURN my REQUESTS: C/O OffICERS RobbEd my CEll ON LoCK DOWN; It's To LONg — FoR GRIEVANCE: ThAT IS PENdINg WITh YouR OffICE. Ms. BolANd, HAS DId NoThINg to Help me! Now I —

*continue on back if necessary*

Acted on by (print name): HAVE TO FIlE NEW —     Title: GRIEVANCE

Action taken and/or response: AGAIN foR SAME RobbINg MAIl! PlEASE. RESpONd As SOON As possIblE! PlEASE! ThANK You, Mr. PETER Murphy, WARdEN. I'WIll fIle It All INTO HREtfoRd CouRt! HAVE A VERY Good DAy! YouR ATToRNEy GENERA! ShoUld hAVE COpIES: Now, DENIEd ACCESs to CouRTS: ATToRNEY GI! I' hAVE WRITTEN LETTERS "PROVE fActs"!

✳

*continue on back if necessary*

Staff signature:                                    Date:

PS) I NEVER GoT BACK GRIEVANCE AppEAl fRom YouR OFFICE!



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
MacDougall - Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

**Peter Murphy**
Warden

February 18, 2010

NO - RESPONSE As of March 03rd, 2010
NONE !

*Raymond Cerilli*
*#162375*
*MacDougall-Walker C.I.*

*Dear Mr. Cerilli,*

*This will acknowledge receipt of your letter dated February 11, 2010, requesting information under the Freedom of Information Act.*

*We are in the process of reviewing your request and you shall be hearing from Counselor Supervisor Baker in the near future.*

*Sincerely,*

*Peter Murphy,*
*Warden*

*PM/jrm*

cc:   *Deputy Warden Wright*
      *Counselor Supervisor Baker*
      *File*

I- 47

| | **SRF** |
|---|---|
| CONNECTICUT DEPT OF CORRECTION | Special Request Form<br>Connecticut Department of Correction |

13)

Inmate No. **162375**   Date **02/03/2010**

Inmate Name **CERILLI**

Payee Information **CCLU   ATTORNEY**

RECEIVED
FEB 11 2010
INMATE ACCOUNTS UNIT

Name

Street

City

State, Zip Code

Reason **POSTAGE**

Amount $ **1.39**

Inmate Signature
(in presence of counselor) *[signature] Raymond Cerilli*

Counselor Signature: *[signature]*

Date: **2/4/10**

Approvals:   Business Office Use Only:

| Counselor Supervisor | | Number | Amount | Date |
|---|---|---|---|---|
| | Check | | | |

| Warden / Dep. Warden | Business Staff Releasing Funds<br>Date: |
|---|---|

APPROVAL STAMP:   **INSUFFICIENT FUNDS**

Original: I/M Accts.
Yellow: Counselor   **MAILED AGAIN**
Pink: Inmate

*I mailed #7 - pages. Requesting Help, Because of Unconstitutional Medical Conditions, In Violation of Health Care, And (A.D.A.,) I Should Them Need Help. ("Every Man").*

*They Robbed My Cell On Luck Down, 9x12 Manile Envelope, All Made-out, to They Robbed over #40-Copies. That Make-It, #340 Copies. Never Replaced. By Captain Buette OK-Peter Murphy, Warden, Denied.*

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAYMOND J. CERILLI

CASE NO. 3:08CV242(SRU)(WIG)

V.

M. JODI RELL, ET. AL,

## RULING ON PENDING MOTIONS

The plaintiff has filed thirteen motions. One motion for
extension of time and a motion for a copy of the docket sheet are
granted. The remaining motions are denied.

## I. Motions for Appointment of Counsel [docs. ## 51, 54, 58]

The plaintiff is seeking an appointment of pro bono counsel
pursuant to 28 U.S.C. § 1915. The Second Circuit has made clear
that before an appointment is even considered, the indigent person
must demonstrate that he is unable to obtain counsel. See Hodge v.
Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502
U.S. 996 (1991).

The plaintiff asserts that he mailed letters to over twenty-
five attorneys and received responses from seven or eight attorneys.
None of the attorneys who responded to plaintiff's letters have
agreed to represent him. The court concludes that the plaintiff has
made sufficient attempts to find counsel on his own. Plaintiff does
not indicate, however, that he has recently contacted the Inmates'
Legal Assistance Program to determine whether an attorney or
paralegal could provide him with assistance in litigating this case.

The plaintiff has not demonstrated that he is unable to secure legal assistance on his own. The motions for appointment of counsel are denied without prejudice. Any renewed motion for appointment of counsel must be accompanied by a summary of the plaintiff's attempts to secure the assistance of counsel and the reasons why assistance was unavailable.

**II.  Motions for Extension of Time [docs. ## 36, 57, 61, 63]**

Plaintiff has filed four motions for extension of time. In the first motion, plaintiff seeks an extension of time to file motions and papers. It is unclear what motions and papers plaintiff seeks to file. The court notes that plaintiff has filed numerous motions with attached exhibits since the filing of this motion for time. The motion is denied as moot.

In the second motion, plaintiff seeks a sixty day extension of time to find an attorney to assist him with this case. The motion, filed on August 24, 2009, is granted nunc pro tunc.

In the third motion, plaintiff seeks an extension of the scheduling order deadlines because the defendants have not responded to his interrogatories and Freedom of Information Act requests. Plaintiff does not attach the interrogatories of Freedom of Information Act requests to his motion or explain why the information sought in these requests is necessary to litigating this case.

2

The deadline for completing discovery expired in February 2009. Defendants have since moved for summary judgment. Because plaintiff asserts no basis for reopening discovery, the untimely motion to extend the discovery deadline is denied.

In the fourth motion, plaintiff claims to need a ninety day extension because of the prison conditions at MacDougall Correctional Institution and the fact that his legal mail addressed to the Connecticut Superior Court has been stolen. The motion does not explain what documents, motions or memoranda plaintiff seeks to file or why a ninety day extension of time is necessary. The motion is denied.

## III. Motion for Magistrate Judge [doc. # 37]

Plaintiff requests that a magistrate judge be appointed to assist him in this case. Magistrate Judges are not permitted to represent or render legal assistance to pro se parties. The motion to appoint a magistrate judge is denied.

## IV. Motions to Appoint Expert Witness and to Compel Witnesses to Appear at Trial [docs. ## 52, 53, 59]

Plaintiff seeks the appointment of an expert medical witness to testify at trial regarding the injury to his right wrist. Plaintiff also seeks an order directing the medical defendants and other witnesses to bring medical reports with them when they come to testify at trial. As this case has not been set down for trial, the motions are premature. The motions are denied without prejudice to re-filing if the case goes to trial.

3

**V.    Motion for Copies [doc. # 60]**

Plaintiff seeks a copy of the docket sheet showing the motions that he has filed to date.  The motion is granted.  The Clerk shall send the plaintiff a copy of the docket sheet with a copy of this ruling.

**Conclusion**

Motions for Appointment of Counsel [**docs. ## 51, 54, 58**] are **DENIED** without prejudice.   The Motion for Extension of Time [**doc. # 36**] to file motions and papers is **DENIED** as moot.  The Motions for Extension of Time [**docs. ## 61, 63**] to complete discovery and for ninety days due to prison conditions are **DENIED**.   The Motion for Extension of Time [**doc. # 57**] to find an attorney is **GRANTED** nunc pro tunc.  The Motion to Appoint a Magistrate Judge [**doc. # 37**] is **DENIED**.    The Motions to Appoint Expert Witness and to Compel Witnesses to Appear at Trial [**docs. ## 52, 53, 59**] are **DENIED** without prejudice to re-filing if the case goes to trial.   The Motion for Copies [**doc. # 60**] is **GRANTED**.  The Clerk shall send the plaintiff a copy of the docket sheet with a copy of this ruling.

**The court notes that in reviewing plaintiff's Motion for Appointment of Counsel [doc. # 51], it has discovered a Local Rule 56(a)2 Statement and four of plaintiff's affidavits attached to that motion.    It is apparent that plaintiff intended to file those documents in response to defendants' motion for summary judgment**

4

[doc. # 44]. Accordingly, the Clerk is directed to re-docket those documents (which are designated as having been manually filed in paper form) as plaintiff's Local Rule 56(a)2 Statement and Affidavit in opposition to the defendants' motion for summary judgment [doc. # 44] and Plaintiff's Affidavits in support of the Local Rule 56(a)2 Statement.

SO ORDERED at Bridgeport, Connecticut, this ___19th___ day of January, 2010.

_/s/ William I. Garfinkel_
William I. Garfinkel
United States Magistrate Judge

5

```
02/03/2010 08:44                                                    Page  3 Of   6
WAMA110                          CT DOC - PRODUCTION                       OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T       10.2.1.3

DOC#:   0000162375     Name: CERILLI, RAYMOND          [Birth_Date]: 08/15/1957
LOCATION: 137-I
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/21/2009 | CRS | CRS SAL ORD #6536021 D1 | ( 15.60) | 0.70 |
| 09/30/2009 | CRS | CRS SAL ORD #6556538 D1 | ( 0.67) | 0.03 |
| 10/16/2009 | DMR | Mail Receipts  137 | 50.00 | 50.03 |
| 10/16/2009 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 10.00) | 40.03 |
| 10/16/2009 | CRS | CRS SAL ORD #6600645 D1 | ( 39.40) | 0.63 |
| 10/19/2009 | DMR | Mail Receipts  137 | 20.00 | 20.63 |
| 10/19/2009 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 4.00) | 16.63 |
| 10/23/2009 | CRS | CRS SAL ORD #6619483 D1 | ( 16.20) | 0.43 |
| 11/04/2009 | DMR | Mail Receipts 137 | 50.00 | 50.43 |
| 11/04/2009 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 10.00) | 40.43 |
| 11/06/2009 | CRS | CRS SAL ORD #6652884 D1 | ( 32.34) | 8.09 |
| 11/17/2009 | DMR | Mail Receipts  137 | 20.00 | 28.09 |
| 11/17/2009 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 4.00) | 24.09 |
| 11/20/2009 | WPOS | Postage 137 | ( 0.34) | 23.75 |
| 11/20/2009 | CRS | CRS SAL ORD #6687439 D1 | ( 7.61) | 16.14 |
| 11/25/2009 | WPOS | Postage 137 | ( 4.80) | 11.34 |
| 11/25/2009 | WPOS | Postage 137 | ( 4.80) | 6.54 |
| 11/27/2009 | CRS | CRS SAL ORD #6700740 D1 | ( 5.92) | 0.62 |
| 12/02/2009 | DMR | Mail Receipts  137 | 20.00 | 20.62 |
| 12/02/2009 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 4.00) | 16.62 |
| 12/04/2009 | CRS | CRS SAL ORD #6716399 D1 | ( 15.94) | 0.68 |
| 12/11/2009 | CRS | CRS SAL ORD #6730743 D1 | ( 0.67) | 0.01 |
| 12/11/2009 | CSR | CSR SAL ORD #6730743 | 0.67 | 0.68 |
| 12/17/2009 | DMR | Mail Receipts  137 | 20.00 | 20.68 |
| 12/17/2009 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 4.00) | 16.68 |
| 12/18/2009 | CRS | CRS SAL ORD #6745295 D1 | ( 16.43) | 0.25 |
| 12/24/2009 | CRS | CRS SAL ORD #6760551 D1 | ( 0.25) | 0.00 |
| 12/24/2009 | CSR | CSR SAL ORD #6760551 | 0.25 | 0.25 |
| 12/31/2009 | CRS | CRS SAL ORD #6774824 D1 | ( 0.25) | 0.00 |
| 12/31/2009 | CSR | CSR SAL ORD #6774824 | 0.25 | 0.25 |
| 01/08/2010 | CRS | CRS SAL ORD #6791983 D1 | ( 0.13) | 0.12 |
| 01/11/2010 | CSR | CSR SAL ORD #6791983 | 0.13 | 0.25 |
| 01/11/2010 | DMR | Mail Receipts  137 | 30.00 | 30.25 |
| 01/11/2010 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 6.00) | 24.25 |
| 01/11/2010 | DMR | Mail Receipts  137 | 18.00 | 42.25 |
| 01/11/2010 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 3.60) | 38.65 |
| 01/15/2010 | CRS | CRS SAL ORD #6807253 D1 | ( 37.76) | 0.89 |
| 01/27/2010 | DMR | Mail Receipts  137 | 20.00 | 20.89 |
| 01/27/2010 | DED | Deduction-OCOP-137 - 12/27/07 D D | ( 4.00) | 16.89 |
| 01/27/2010 | WPOS | Postage 137 | ( 1.05) | 15.84 |
| 01/27/2010 | WPOS | Postage 137 | ( 5.64) | 10.20 |
| 01/27/2010 | WPOS | Postage 137 | ( 6.98) | 3.22 |
| 01/29/2010 | CRS | CRS SAL ORD #6836398 D1 | ( 3.21) | 0.01 |
| 02/01/2010 | CSR | CSR SAL ORD #6836398 | 3.21 | 3.22 |

```
        TRANSACTION DESCRIPTIONS --           DISCHARGED  SUB-ACCOUNT
                                                    SAVINGS
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

FIRST TIME MAILED OUT TO CLERK O'CONNELL.
No PROBLEM, THE COMPLAINTS BACK PAS KENS; AND
But WHEN CAME BACK PAS KENS; AND
WILSON, BURKE, READING EVERY THING!

CLERK O'CONNELL, AND MAIL THE CLERK; SO I COULD GET A THE TWO COMPLAINTS to Court; RETURN DATE THE CLERK; SO "HE will TELL JUDGE AGAIN"? It MAILED RETURN DATE AND MAIL THE CLERK; SO I COULD GET A AND MAIL SAID," HE will TELL ALL OVER AGAIN"?

This ALL CHARGED to MY ACCOUNTS, And Had to REFILE BACK to Court)

# EXHIBIT F 1·47

Inmate No. 163375          Date 11/19/2009

Inmate Name RAYMOND J. CERTILLI

~~Payee Information~~ THE CHIEF CLERK, S.C.
Name 95 WASHINGTON STREET, HARTFORD, CT.
Street #97 - PAGES, DOCUMENT.
City COMPLAINT.
State, Zip Code

Reason LEGAL MAIL POSTAGE 9 X 12 PACKAGE.

Amount $ 4.00

Inmate Signature
(in presence of counselor) Raymond Certilli

Counselor Signature:
Date: 11/19/09

APPROVAL STAMP:

Original: I/M Accts.
Yellow: Counselor
Pink: Inmate



44

**APPLICATION FOR WAIVER OF FEES/APPOINTMENT OF COUNSEL**
FAMILY, CIVIL, HOUSING

JD-FM-75 Rev. 9-06
C.G.S. §§ 46b-231, 52-259b
P.B. §§ 8-2, 25-63

**TO: THE SUPERIOR COURT**

**INSTRUCTIONS TO APPLICANT**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case is pending.
4. If your application for fees payable to the court or for costs of service of process is denied, you may request a hearing on the application.

**INSTRUCTIONS TO CLERK**
1. Bring completed form to a judge or, if applicable, to a family support magistrate.
2. If the application is granted, notify the applicant and counsel, if appointed.
3. If the application for fees payable to the court or for costs of service of process is denied, and upon the request of the applicant, schedule a hearing on the application.

| NAME OF CASE | DOCKET NO. (If applicable) |
|---|---|
| RAYMOND J. CERILLI. VS, STATE OF CONNECTICUT | CV-97-0407991- |

| Judicial District ☒ | Housing Session ☐ | G.A. No. ☐ | ADDRESS OF COURT 95 WASHINGTON ST. HARTFORD CT. 06106. |
|---|---|---|---|

| NAME OF APPLICANT (Last, first, middle, initial) | ADDRESS OF APPLICANT (No., street, town, state and zip) | TELEPHONE (Area code first) |
|---|---|---|
| RAYMOND J. CERILLI. | 1153 EAST STREET SOUTH SUFFIELD. CT 06080. | |

**TYPE OF PROCEEDING**

☐ CONTEMPT
☐ DISSOLUTION OF MARRIAGE/DIVORCE
☐ DISSOLUTION OF CIVIL UNION
☐ HOUSING

☐ MOTION TO OPEN OR MODIFY
☒ CIVIL
☐ APPL. FOR CUSTODY AND/OR VISITATION
☐ PATERNITY

☐ OTHER (Specify)

I request that the court waive or have the State pay the fees indicated below. ("X" all that apply)

☒ ENTRY FEE   ☒ FILING FEE   ☒ STATE MARSHAL'S FEE   ☒ OTHER (Specify):

(Applicable only in a contempt proceeding or to the putative father in a paternity proceeding.)
☐ I request that the court appoint counsel to represent me.

**I. DEPENDENTS**

Total No. of Dependents (not including yourself) ⟨0⟩

**II. MONTHLY INCOME**

A. Gross monthly income (before deductions).........................
B. Net monthly income after taxes from monthly employment.............
C. Other income (i.e., TANF, Social Security, etc.) (Specify source).....
Source:

**TOTAL MONTHLY INCOME (B+C)**

**III. MONTHLY EXPENSES**

A. Rent/Mortgage ...............................
B. Real Estate Taxes ........................
C. Utilities (Telephone, heat, electric, water, gas, etc.) ...................
D. Food .............................................
E. Clothing .......................................
F. Insurance Premiums (Medical/Dental, Auto, Life, Home) .....
G. Medical/Dental ..............................
H. Transportation (bus, gasoline, etc.)
I. Child Care ....................................
J. Other (Specify):

**TOTAL MONTHLY EXPENSES**

**IV. ASSETS**

| | ESTIMATED VALUE | LOAN BALANCE | EQUITY |
|---|---|---|---|
| A. Real Estate.... | | | REAL ESTATE |
| B. Motor Vehicles | | | MOTOR VEHICLE |
| C. Other Personal Property......... (e.g., jewelry, furniture, etc.) | | | OTHER PROPERTY |
| D. Savings Account Balance (Total of all accounts)....... | | | SAVINGS |
| E. Checking Account Balance (Total of all accounts)..... | | | CHECKING |
| F. Cash ............................................................. | | | CASH |
| G. Other Assets (Specify):................................... | | | OTHER ASSETS |
| | | TOTAL ASSETS | |

**V. LIABILITIES/DEBTS** (e.g., credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| TYPE OF DEBT | AMOUNT OWED | MONTHLY PAYMENT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL LIABILITIES** | | |

Page 1 of 2

# SUMMONS - CIVIL

JD-CV-1 Rev. 9-08
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

See other side for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☒ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) SUPERIOR COURT /CIVIL SECTION. 95 WASHINGTON ST. HARTFORD. CT. 06106. HARTFORD SUPERIOR COURT. | Telephone number of clerk *(with area code)* (860) 548-2700 | Return Date *(Must be a Tuesday)* MARCH 3, 2009 <br> Month — Day — Year |
|---|---|---|

| ☒ Judicial District | G.A. | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) 95 WASHINGTON STREET HARTFORD. CT. 06106. 95 WASHINGTON ST. HARTFORD., CT 06106. | Case type code *(See list on page 2)* Major: M-50 Minor: |
|---|---|---|---|
| ☐ Housing Session | Number: | | |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* RAYMOND J. CERILLI 1153 EAST STREET SOUTH SUFFIELD CT. 06080. | Juris number *(to be entered by attorney only)* |
|---|---|
| Telephone number *(with area code)* (860) 627-2100 | Signature of Plaintiff *(If self-represented)* Raymond Cerilli |

| Number of Plaintiffs: **1** | Number of Defendants **3** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; and Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: RAYMOND J. CERILLI <br> Address: 1153 EAST STREET SOUTH/ SUFFIELD., CONNECTICUT 06080-0002. | P-01 |
| **Additional Plaintiff** | Name: <br> Address: | P-02 |
| **First Defendant** | Name: STATE OF CONNECTICUT/ ATTORNEY GENERAL OFFICE: STATES ATTORNEY OFFICE. <br> Address: 235 CHURCH STREET / NEW HAVEN., CONNECTICUT. 06510. | D-50 |
| **Additional Defendant** | Name: MR. DAVIT P. GOLD. SUPERIOR COURT. HARTFORD CONNECTICUT/ <br> Address: OR NEW HAVEN 235 CHURCH STREET SUPERIOR COURT. 06510. | D-51 |
| **Additional Defendant** | Name: MS. LINDA N. HOWE. STATES ATTORNEY. NEW HAVEN 235 CHURCH ST. <br> Address: NEW HAVEN., CONNECTICUT. 06510. | D-52 |
| **Additional Defendant** | Name: ALL THE ABOVE DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL CAPACITY. <br> Address: AND IN THEIR OFFICIAL CAPACITY. | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☐ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date 11/2009 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* Raymond Cerilli | Date signed 1/18/2009 |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 RAYMOND J. CERILLY, HAVE NO MONEY. NONE. | MOTION TO DISMISS BOND ATTACHED: |
|---|---|

| Signed *(Official taking recognizance; "X" proper box)* | ☐ Commissioner of the Superior Court ☐ Assistant Clerk | Date | Docket Number |
|---|---|---|---|

46

(Page 1 of 2)



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
MacDougall - Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

**Peter Murphy**
Warden

March 5, 2010

*Raymond Cerilli*
*#162375*
*I-47*
*MacDougall-Walker C.I.*

*Dear Mr. Cerilli,*

*This will acknowledge receipt of your letter dated February 25, 2010, requesting information under the Freedom of Information Act.*

*We are in the process of reviewing your request and you shall be hearing from Counselor Supervisor Baker in the near future.*

*Sincerely,*

*Peter Murphy,*
*Warden*

*PM/jrm*

*cc:*   *Deputy Warden Wright*
        *Counselor Supervisor Baker*
        *File*

RAYMOND J. CERILLI, WAS DENIED, SO
#6 - NEW F.O.I. APPLICATION'S.
WERE MAILED TO WARDEN PETER MURPHY.
REGARD THE INFORMATION IN THIS NEW
COMPLAINT: ALL PENDING NOW, WITH
THE FREEDOM OF INFORMATION;